Nihat Deniz Bayramoglu, Esq. (Nevada. Bar No. 14030)
deniz@bayramoglu-legal.com
BAYRAMOGLU LAW OFFICES LLC
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
Telephone: (702) 462-5973
Facsimile: (702) 553-3404

Stephen R. Risley, Esq. (to be admitted *Pro Hac Vice*)
steverisley@kentrisley.com
KENT & RISLEY LLC
5755 North Point Parkway, Suite 57
Alpharetta, Georgia 30022
Telephone: (404) 585-2101
*Attorneys for Plaintiff,*
*XiDrone Systems, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| XIDRONE SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ONDAS INC. and ONDAS AUTONOMOUS SYSTEMS INC. <br><br> Defendants. | Case No.: 2:26-cv-01116 <br><br> **COMPLAINT AND DEMAND FOR JURY TRIAL** |

Plaintiff XiDrone Systems, Inc. asserts claims against Defendant Ondas Inc. and Defendant Ondas Autonomous Systems Inc. and alleges as follows:

**INTRODUCTION**

1. This is an action for infringement arising under the patent laws of the United States, 35 U.S.C. §§ 101, *et seq*., including 35 U.S.C. § 271, regarding seven United States Patents.

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

**THE PARTIES**

2.      Plaintiff XiDrone Systems, Inc. ("XiDrone") is a Florida Corporation with a place of business at 272 Burnt Pine Drive, Naples, Florida 34119.

3.      On information and belief, Defendant Ondas Inc. is a Nevada Corporation with a principal place of business at 222 Lakeview Avenue, Suite 800, West Palm Beach, Florida 33401.

4.      On information and belief, Defendant Ondas Autonomous Systems Inc. is a Nevada Corporation with a principal place of business at 222 Lakeview Avenue, Suite 800, West Palm Beach, Florida 33401.

5.      Ondas Inc. provides an integrated suite of autonomous aerial, ground, and counter-UAS solutions through its business unit Ondas Autonomous Systems, which includes American Robotics, Iron Drone, and Sentrycs. *See, e.g.,* https://www.ondas.com/ and https://www.ondas.com/ondas-autonomous-systems and Ondas Inc.'s March 30, 2026 Form 10-K Annual Report, attached hereto as Exhibit "V".

**JURISDICTION & VENUE**

6.      This Court has subject matter jurisdiction over all causes of action set forth herein pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, including 35 U.S.C. § 271, *et seq*.

7.      This Court has personal jurisdiction over Ondas Inc. because Ondas Inc. is a Nevada Corporation.  Ondas Inc. therefore has minimum contacts with the State of Nevada and has purposefully availed itself of the privileges of conducting business in the State of Nevada.

8.      This Court has personal jurisdiction over Ondas Autonomous Systems Inc. because Ondas Autonomous Systems Inc. is a Nevada Corporation.  Ondas Autonomous Systems Inc. therefore has minimum contacts with the State of Nevada and has purposefully availed itself of the privileges of conducting business in the State of Nevada.

9.      On information and belief, Ondas Inc. and Ondas Autonomous Systems Inc. have committed and continue to commit acts of infringement in the State of Nevada and in this Judicial

District, and the claims addressed in this Complaint arise out of and relate to such acts, including at least by making, using, offering for sale, and selling the infringing technology, products, systems, methods, and/or computer software within this District.

10.    Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400(b) because Ondas Inc. and Ondas Autonomous Systems Inc. are Nevada Corporations.

11.    Ondas Inc.'s registered agent in the State of Nevada is Corporation Service Company, 112 North Curry Street, Carson City, Nevada, 89703.

12.    Ondas Autonomous Systems Inc.'s registered agent in the State of Nevada is Corporation Service Company, 112 North Curry Street, Carson City, Nevada, 89703.

13.    Ondas Inc. and Ondas Autonomous Systems Inc. are collectively referred to herein as "Ondas."

### XIDRONE'S TECHNOLOGY

14.    XiDrone is the owner of several counter-drone related patents, including the seven patents-in-suit: (1) United States Patent No. 10,281,570; (2) United States Patent No. 10,670,696; (3) United States Patent No. 10,795,010; (4) United States Patent No. 11,378,651; (5) United States Patent No. 11,644,535; (6) United States Patent No. 12,092,756; and (7) United States Patent No. 12,298,378.  A true and accurate copy of these seven patents are attached hereto as Exhibits, collectively; these patents are referred to herein as the patents-in-suit.

15.    XiDrone was founded in 2014 by Mr. Dwaine A. Parker, Mr. Lawrence S. Pierce, and Mr. Damon E. Stern to find a solution for the security threat that small class 1 and class 2 drones were posing to the public, government, and military sectors.  Mr. Parker, Mr. Pierce, and Mr. Stern developed systems and methods to detect, track, identify, and deter small class 1 and class 2 drones.

16.    Mr. Parker was honorably discharged from the United States Army as a Disabled Veteran at the rank of Sergeant.  After his military service, Mr. Parker began a 27-year career as a Deputy Sheriff with the Hillsborough County Sheriff's Office in Florida, working as a Tactical

COMPLAINT AND DEMAND FOR JURY TRIAL                                    CASE NO.: 2:26-CV-01116

Flight Officer, a Road Patrol Deputy, a Traffic Homicide Investigator, and an Aircraft Accident Investigator. Mr. Parker was also a law enforcement helicopter pilot, airplane pilot, and unit safety officer for the Collier County Sheriff's Office in Naples, Florida.

17. Mr. Pierce retired from the United States Army at the rank of Lieutenant Colonel and currently has more than thirty (30) years of experience in defense engineering and system integration. Mr. Pierce presently is the President of enerGies, Inc. in Huntsville, Alabama, which is an innovative engineering and services company focused on the enabling technologies and engineering activities related to unmanned aerial systems including information collection, distribution, security, communications, data interoperability, remote wide area networking/sensing, and data security.

18. Mr. Stern retired from the United States Army at the rank of Lieutenant Colonel and has more than thirty (30) years of experience in Department of Defense command, control, communications, computers, intelligence, surveillance, and reconnaissance ("C4ISR") systems. Mr. Stern currently serves as a government civilian supporting the United States Central Command (CENTCOM) in Tampa, Florida.

19. XiDrone filed its first patent application in December 2014 and presently holds sixteen United States patents and one European patent, which issued inclusive of twelve European countries.

20. XiDrone has developed reliable and cost-effective counter-drone solutions that detect, identify, track, monitor, and if necessary, mitigate, small class 1 and class 2 drones. XiDrone's technologies include mobile and fixed site systems and can be integrated on land, air, or sea.

21. XiDrone's technology includes: (i) a detection element that uses an x-band radar and radio frequency (RF) technologies that enable rapid notification of class 1 and class 2 drones operating near sensitive or protected airspace; (ii) small class 1 and class 2 drone detection and tracking that combines x-band radar, multiple RF technologies and a laser range finder (LRF) to

4

produce real-time data that identifies class 1 and class 2 drones and displays mitigation options; (iii) an identification element using electro optical/infrared (EO/IR) technology that, coupled with data from the other elements, generates a class 1 and class 2 drone's threat assessment and triggers the appropriate mitigation; (iv) multi-sensors and forensic class 1 and class 2 drone databases to assess a class 1 and class 2 drone's threat; and (v) mitigation options, including a fire control system, that ensures precise class 1 and class 2 drone threat countermeasures, while simultaneously avoiding negative collateral effects. In addition to an RF deterrent, the present system can use the ground-based sensors to detect an unmanned aerial vehicle (UAV) which enters protected airspace and dispatch a counter drone to engage the unauthorized UAV with a kinetic response. This option also affords a second mitigation method that avoids the challenges that may be found with RF signals being received or transmitted within challenging urban environments.

22.    XiDrone has offered for sale a fixed and mobile Counter-Unmanned Aircraft Systems (C-UAS) command unit that is hurricane, tornado, UL1 small arms, and Class A fire resistant; thus, XiDrone is offering personal protection for the occupants within the C-UAS command unit. XiDrone's C-UAS detection and mitigation vehicle is designed to provide: (i) a 40-foot telescoping radar tower; (ii) an x-band radar to detect class 1 and class 2 drones, manned aircraft, moving vehicles, and pedestrians; (iii) detection of manned air traffic within 50 miles from the mobile vehicle (line of sight); (iv) detection of class 1 and class 2 drones within three miles from the mobile vehicle (line of sight); (v) detection of all DJI drone products within 20 miles from the mobile vehicle; (vi) detection of non-DJI drones within three miles from the mobile vehicle (line of sight); (vii) RF deterrent capability of class 1 and class 2 drones within three miles from the mobile vehicle (line of sight); (viii) a two-person workstation with additional workspace; (ix) four HDTV monitors; (x) a common operating graphics console (air map, radar, drone data, drone mitigation); (xi) an FAA manned aircraft communications console (Air Boss, firefighting, DHS, FEMA); (xii) a server room with the capability for additional external

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

sensors/equipment; (xiii) cloud storage of all sensor data recorded; (xiv) a 12-kilowatt quiet generator with 72-hour run time; (xv) exterior unit CCTV with a day and night vision system; and (xvi) a GPS navigation system.

### XIDRONE'S U.S. PATENT NO. 10,281,570

23.     On May 7, 2019, the United States Patent and Trademark Office duly and legally issued United States Patent No. 10,281,570 (the "'570 Patent"), entitled "Systems And Methods For Detecting, Tracking And Identifying Small Unmanned Systems Such As Drones."  A copy of the '570 Patent is attached as **Exhibit "A."**  As part of the public records, the prosecution history of the '570 Patent is incorporated herein by reference.  The priority date for the claims of the '570 Patent is no later than December 19, 2014.  The '570 Patent is the result of a continuation patent application filed in accordance with The Patent Act, including but not limited to 35 U.S.C. § 120.

24.     XiDrone is the owner, by assignment, of all right, title, and interest in and to the '570 Patent, including the right to bring suit for past, present, and future patent infringement, and to collect past, present, and future damages.

### XIDRONE'S U.S. PATENT NO. 10,670,696

25.     On June 2, 2020, the United States Patent and Trademark Office duly and legally issued United States Patent No. 10,670,696 (the "'696 Patent"), entitled "Drone Threat Assessment." A copy of the '696 Patent is attached as **Exhibit "B."**  As part of the public records, the prosecution history of the '696 Patent is incorporated herein by reference.  The priority date for the claims of the '696 Patent is no later than December 19, 2014.  The '696 Patent is the result of a continuation patent application filed in accordance with The Patent Act, including but not limited to 35 U.S.C. § 120.

26.     XiDrone is the owner, by assignment, of all right, title, and interest in and to the '696 Patent, including the right to bring suit for past, present, and future patent infringement, and to collect past, present, and future damages.

6

**XIDRONE'S U.S. PATENT NO. 10,795,010**

27.    On October 6, 2020, the United States Patent and Trademark Office duly and legally issued United States Patent No. 10,795,010 (the "'010 Patent"), entitled "Systems And Methods For Detecting, Tracking And Identifying Small Unmanned Systems Such As Drones." A copy of the '010 Patent is attached as **Exhibit "C."**  As part of the public records, the prosecution history of the '010 Patent is incorporated herein by reference.  The priority date for the claims of the '010 Patent is no later than December 19, 2014.  The '010 Patent is the result of a continuation patent application filed in accordance with The Patent Act, including but not limited to 35 U.S.C. § 120.

28.    XiDrone is the owner, by assignment, of all right, title, and interest in and to the '010 Patent, including the right to bring suit for past, present, and future patent infringement, and to collect past, present, and future damages.

**XIDRONE'S U.S. PATENT NO. 11,378,651**

29.    On July 5, 2022, the United States Patent and Trademark Office duly and legally issued United States Patent No. 11,378,651 (the "'651 Patent"), entitled "Deterrent For Unmanned Aerial Systems."  A copy of the '651 Patent is attached as **Exhibit "D."**  As part of the public records, the prosecution history of the '651 Patent is incorporated herein by reference. The priority date for the claims of the '651 Patent is no later than December 19, 2014.  The '651 Patent is the result of a continuation patent application filed in accordance with The Patent Act, including but not limited to 35 U.S.C. § 120.

30.    XiDrone is the owner, by assignment, of all right, title, and interest in and to the '651 Patent, including the right to bring suit for past, present, and future patent infringement, and to collect past, present, and future damages.

**XIDRONE'S U.S. PATENT NO. 11,644,535**

31.    On May 9, 2023, the United States Patent and Trademark Office duly and legally issued United States Patent No. 11,644,535 (the "'535 Patent"), entitled "Deterrent For

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

Unmanned Aerial Systems." A copy of the '535 Patent is attached as **Exhibit "E."** As part of the public records, the prosecution history of the '535 Patent is incorporated herein by reference. The priority date for the claims of the '535 Patent is no later than December 19, 2014. The '535 Patent is the result of a continuation patent application filed in accordance with The Patent Act, including but not limited to 35 U.S.C. § 120.

32.    XiDrone is the owner, by assignment, of all right, title, and interest in and to the '535 Patent, including the right to bring suit for past, present, and future patent infringement, and to collect past, present, and future damages.

**XIDRONE'S U.S. PATENT NO. 12,092,756**

33.    On September 17, 2024, the United States Patent and Trademark Office duly and legally issued United States Patent No. 12,092,756 (the "'756 Patent"), entitled "Deterrent For Unmanned Aerial Systems." A copy of the '756 Patent is attached as **Exhibit "F."** As part of the public records, the prosecution history of the '756 Patent is incorporated herein by reference. The priority date for the claims of the '756 Patent is no later than December 19, 2014. The '756 Patent is the result of a continuation patent application filed in accordance with The Patent Act, including but not limited to 35 U.S.C. § 120.

34.    XiDrone is the owner, by assignment, of all right, title, and interest in and to the '756 Patent, including the right to bring suit for past, present, and future patent infringement, and to collect past, present, and future damages.

**XIDRONE'S U.S. PATENT NO. 12,298,378**

35.    On May 13, 2025, the United States Patent and Trademark Office duly and legally issued United States Patent No. 12,298,378 (the "'378 Patent"), entitled "Counter Unmanned Aerial System With Navigation Data To Intercept And/Or Disable An Unmanned Aerial Vehicle Threat." A copy of the '378 Patent is attached as **Exhibit "G."** As part of the public records, the prosecution history of the '378 Patent is incorporated herein by reference. The priority date for the claims of the '378 Patent is no later than December 19, 2014. The '378 Patent is the result of

8

a continuation patent application filed in accordance with The Patent Act, including but not limited to 35 U.S.C. § 120.

36.    XiDrone is the owner, by assignment, of all right, title, and interest in and to the '378 Patent, including the right to bring suit for past, present, and future patent infringement, and to collect past, present, and future damages.

**XIDRONE'S U.S. PATENT APPLICATION PUBLICATION NO. US 2026/0093026 A1**

37.    On April 2, 2026, the United States Patent and Trademark Office published XiDrone's United States Patent Application Publication No. US 2026/0093026 A1.  A copy of XiDrone's United States Patent Application Publication No. US 2026/0093026 A1 is attached as **Exhibit "U."**

**XIDRONE'S FOREIGN PATENTS**

38.    XiDrone has also been granted related foreign patents.  In Europe (including Belgium, Denmark, France, Germany, Great Britain, Ireland, Italy, The Netherlands, Monaco, Poland, Spain, and Switzerland), XiDrone was granted EP 3234633B1.

**XIDRONE'S PATENTS ARE NOT ABSTRACT**

39.    The claims of XiDrone's patents-in-suit are compliant with the Patent Act, including but not limited to 35 U.S.C. § 101, and are not abstract.

40.    Small Unmanned Aerial Systems (sUAS) are commercially available to the public. Exhibit "F," '756 Patent at Col. 1, lines 40-43.  When a drone weighs less than 20 kg or 55 pounds, it is commonly referred to as a small, or class 1 or class 2, drone. *Id*.  Small commercial drones have been used intentionally to illegally violate the privacy of personal, commercial, educational, athletic, entertainment, and governmental activities. *Id*. at Col. 1, lines 51-58.  Significant hazards exist to commercial and general aviation, public, private, and government interests even if a small drone is operated without malicious intent. *Id*. at Col. 1, lines 59-67.  One inevitable consequence of the commercial availability of off-the-shelf small drones is their ability to be used in the furtherance of invading privacy or for carrying out terroristic and criminal activities. *Id*.  These

9

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

invasions of privacy or execution of unwanted terrorist and criminal activities can occur within a civilian environment. *Id*. at Col. 1, lines 40-67.

41.     Traditionally, air defense has been the purview of the military – not of law enforcement or private security teams. Exhibit "F," '756 Patent at Col. 3, lines 9-10.  However, the advent of affordable and capable small commercial drones has created the need to detect and deter unauthorized or hostile use of this technology. *Id*. at Col. 3, lines 11-14.  Unfortunately, small drone systems present different detection signatures, flight characteristics, and profiles. Small drone systems are not likely to be detected by more conventional radar in an urban environment and/or they are not likely to be deterred by electronic counter-measures or kinetic systems without the risk of significant collateral damage. *Id*. at Col. 3, lines 14-18.  This is because prior art counter-measure systems focused on detecting and destroying larger aircraft in a military environment – such as aerial vehicles like the Iranian Ababil 3, the Chinese Sky-09P, or the Russian ZALA 421-08, which are known as large, or class 3 and class 4, drones. *Id*. at Col. 3, lines 18-22.  However, these larger unmanned aerial vehicles are not as likely to be used within a civilian, domestic, or non-combat environment. *Id*. at Col. 3, lines 22-24.

42.     In addition, the military counter-measures used to combat military drones consist of lethal offensive systems armed with deadly and destructive munitions. Exhibit "F," '756 Patent at Col. 3, lines 28-32.  Also integrated in the military counter-measures are powerful radio frequency (RF) systems designed to disrupt, jam, or spoof the satellite navigation and global positioning system (GPS) signals needed for aerial navigation. *Id*. at Col. 3, lines 32-35.  This traditional prior art approach produces a high risk of collateral damage and undesirable navigational effects on GPS receivers operating in the area. *Id*. at Col. 3, lines 35-38.

43.     In short, prior art UAS counter-measures were designed to be used in a battlefield or hostile environment. Exhibit "F," '756 Patent at Col. 3, lines 43-44.  But the use of a military solution within a civilian or commercial environment is not suitable or permissible due to the inherent liabilities and government regulations. *Id*. at Col. 3, lines 44-47.  Furthermore, the use

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

of satellite and GPS jamming and spoofing can severely disrupt broader activities, such as cell phones and aviation navigation, making it illegal outside of a military operation or a combat zone. *Id*. at Col. 3, lines 47-51.  Another issue confounding the use of prior art military counter-measures against commercial drones is the military's focus on traditional force protection using battlefield radar systems (operating in the K frequency bands) that are not designed for or capable of detecting slow moving targets that operate at relatively low angles or altitudes above buildings, trees, and just above the horizon. *Id*. at Col. 3, lines 51-57.  Using counter-measure systems that rely only on aircraft detecting radar and GPS jamming and spoofing systems does not provide a viable defensive solution to commercially available drones. *Id*. at Col. 3, lines 58-61.  Further, the usual military approach to UAS counter-measures has several additional drawbacks precluding its use in a civilian or commercial environment that include cost, weight, size, power consumption, and collateral effects from high-powered RF jamming or kinetic technologies. *Id*. at Col. 3, lines 61-65.

44.    Thus, prior to XiDrone's invention, a need existed for a successful counter-drone system that detects, tracks, identifies, classifies, and deters small commercial drones without causing collateral damage or interference in a civilian or urban environment. Exhibit "F," '756 Patent at Col. 3, line 65 to Col. 4, line 6.

45.    The system and methods taught and claimed in XiDrone's patents-in-suit solve many of the negative and collateral defects of the prior art.  The systems and methods disclosed in XiDrone's patents-in-suit provide an integrated solution affording protection from small drones operating from ground level to several thousand feet above ground level and laterally several miles comprising component technologies, including the technologies listed in, for example, the '756 Patent at Col. 4, lines 23-50.  One of the patents-in-suit's unique capabilities is the way that it integrates sensors to detect, track, identify, classify, and deter small drone systems. Exhibit "F," '756 Patent at Col. 4, lines 54-57.

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

46.    The patents-in-suit's unique detection and analysis capability allows greater discrimination between the suspect small drone and the highly cluttered, low-altitude civilian, or urban environment. Exhibit "F," '756 Patent at Col. 5, lines 4-10.  In contrast, conventional military air defense radars are optimized for much higher altitude and velocity targets. *Id*. at Col. 4, line 10-15.  As such – and due to the high frequency, range, power, and other optimized characteristics – typical applications of conventional aircraft detection radars are more susceptible to distortion when viewing ground-associated objects that are then classified as undesired "clutter" by the conventional system. *Id*. at Col. 5, lines 18-21.  Undesirably, the prior art approached the technical challenge of drone detection like an ordinary aerial target. *Id*. at Col. 5, lines 12-15.  But XiDrone's patents-in-suit provide the capability to address a drone-specific threat as if the small drone were behaving more like a ground target. *Id*.  Thus, XiDrone's fundamentally different approach provides a novel and unique solution for the detection of airborne small drones and systems characterized by similar signatures in a civilian or urban environment. *Id*. at Col. 5, lines 15-17.

47.    As further shown in Figure 6 and Col. 21, lines 30-67, the multi-sensor analysis creates a threat value (ThV) for each criterion (location, classification, bearing, speed, payload, size, and flight profile). Exhibit "F," '756 Patent at Figure 6 and Col. 21, lines 30-67.  The threat assessment (ThA) is a function of the threat values. *Id*.  If the threat assessment level exceeds a certain threshold, certain embodiments of the claimed system and method can automatically deploy interdiction to incapacitate or destroy a target. *Id*. at Col. 2, lines 46-49; Col. 21, lines 44-48.  XiDrone's patented system can therefore be instrumental in protecting critical infrastructure such as airports, bridges, power lines, factories, nuclear/power plants, shipping facilities, football stadiums, military installations, large public venues, etc., from being threatened by a small drone. *Id*. at Col. 2, lines 49-53; Col. 18, lines 20-37; and Col. 20, line 1 to Col. 21, line 67.

48.    XiDrone's patented technology also affords the execution of precision countermeasures within a controlled civilian or commercial environment. Exhibit "F," '756

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

Patent at Col. 5, lines 43-46; Col. 18, line 55 to Col. 19, line 66. This is a significant advantage over prior art military systems by providing the necessary steps for increased safety when operating in a civilian and non-military environment. *Id*. at Col. 5, lines 42-45. Of course, operating a counter-drone system with mitigation capability within a civilian and non-military environment mandates precision counter-measures to ensure very minimal to zero collateral damage or exposure to areas surrounding the targeted drone. *Id*. at Col. 4, lines 51-54.

49.    For instance, some embodiments of the XiDrone patented technology offer precise and tailored application of the specific RF emission needed to remotely control small commercial drones without specifically targeting the satellite navigation and GPS signals. Exhibit "F," '756 Patent at Col. 3, line 9 to Col. 5, line 21 and Col. 18, line 38 to Col. 19, line 66.

50.    These non-destructive countermeasures include electronic countermeasures ("ECM") and protocol manipulation. Exhibit "F," '756 Patent at Col. 3, line 9 to Col. 5, line 21 and Col. 18, line 38 to Col. 19, line 66.

51.    Other embodiments of the XiDrone patented technology provide "a separate, system operated, SUAS [that] can be dispatched with autonomous navigation data being supplied by the system of non-limiting embodiments (s) to locate and intentionally disable the opposing SUAS by flying into it, dropping a net on the threat, covering it with spray foam or liquid or capturing the opposing sUAS." Exhibit "F," '756 Patent at Col. 19, lines 61-66.

52.    The implementations of XiDrone's patented technology alleviate the problems noted with the military counter-UAS systems and provide a novel, efficient, and effective integrated detection, tracking, identifying, classifying, and counter-measure solution against small unmanned aerial systems operating in a civilian, urban, and/or commercial environment. *Id*. at Col. 4, lines 7-12.

53.    XiDrone's patents and claims are not abstract at least because they describe "how" to detect, track, threat assess, and mitigate a target drone. In fact, Chief Judge Godbey of the Northern District of Texas previously found that XiDrone's patent claims that "do more than just

13

assess the threat – they actively take action to suppress the threat" are not abstract and are not invalid under § 101. **Exhibit "H,"** *XiDrone Systems, Inc. v. 911 Security Inc.*, Case No. 3:21-CV-02669-N, Order at 8 (Sept. 27, 2022 N.D. Texas).  More specifically, Chief Judge Godbey determined that claims "directed to taking tangible action against a physical threat" are "directed at patent-eligible subject matter under section 101." *Id*.

54.     The claims of the patents-in-suit are not invalid under § 101 and are consistent with Judge Godbey's ruling because they are drawn to taking action to suppress the threat through, for example, an attack drone that uses navigation data supplied by a sensor and a processor system to interdict an undesirable drone, and/or an electronic countermeasure, *i.e.* "they actively take action to suppress the threat."  Exhibit "H," *XiDrone Systems, Inc. v. 911 Security Inc.*, Case No. 3:21-CV-02669-N (Sept. 27, 2022 N.D. Texas).

55.     The Sandia Report, attached hereto as **Exhibit "I"**further shows that in 2015 the industry believed that "urgent action is necessary" and also that "the application of some innovative tactics and technologies to effectively counter these threats will be necessary.".  Thus, in 2015 an "urgent" need existed for an "innovative" way to "effectively counter" undesirable target drones.

56.     Even as recently as February 17, 2026, the industry recognized that ["t]raditional counter-UAS approaches face serious limitations in urban and aviation settings, such as RF jamming can disrupt communications and aviation frequencies, and ballistic interceptors carry significant collateral-damage risk."  But "a net-based kinetic interception system" as described in XiDrone's patents-in-suit "allow[] hostile drones to be neutralized safely, precisely and with minimal operational disruption. This makes it particularly well-suited for airports and other critical civil infrastructure. These environments represent high-value, regulation-heavy markets where few solutions are currently viable." *See* "Will the Iron Drone Raider Win Ignite Ondas' Long-Term Growth Engine?," Feb. 17, 2026; available at https://www.nasdaq.com/articles/will-iron-drone-raider-win-ignite-ondas-long-term-growth-engine.

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

57. The claims of XiDrone's patents-in-suit are directed to an advance over the prior art that provides an innovative and effective solution: a countermeasure, such as an electronic countermeasure and/or an attack drone that uses navigation data supplied by a sensor and a processor system to interdict an undesirable drone. The specifications of the patents-in-suit and the Sandia Report also evidence that in 2015 an electronic countermeasure and/or an attack drone that uses navigation data supplied by the sensor and processor system to interdict an undesirable drone was not well-understood, routine, or conventional.

58. XiDrone's claimed counter-drone solutions did not exist in the prior art as of December 19, 2014.

59. In fact, as recently as March 14, 2025 – more than ten years after the filing date of XiDrone's first patent application on December 19, 2014 – Ondas represented to the United States Patent & Trademark Office ("USPTO") that a "Counter UAS (C-UAS)" system that "is configured to detect, track, classify, and/or mitigate unauthorized or potentially hostile unmanned aerial systems (UAS)" by "leveraging data from the active radar panels and passive RF signal spectrum analyzer" was new, non-obvious, and not abstract. *See, e.g.,* **Exhibit "J,"** U.S. Patent Application Publication No. 2025/0291055 A1 at [0033].

60. Ondas further represented to the USPTO that as of March 14, 2025 assessing a "threat level of each detected UAS" and "initiat[ing] countermeasures, such as electronic warfare techniques to disrupt communication links, GPS spoofing to misdirect hostile drones, or triggering alerts for security personnel to respond" was also new, non-obvious, and not abstract. Exhibit "J," U.S. Patent Application Publication No. 2025/0291055 A1 at [0033].

61. Ondas further represented to the USPTO that a counter-drone system that "may integrate with kinetic defense systems, such as net launchers or directed energy weapons, for high-threat scenarios" was new, non-obvious, and not abstract as of March 14, 2025 – more than ten years after the filing date of XiDrone's first patent application. Exhibit "J," U.S. Patent Application Publication No. 2025/0291055 A1 at [0033].

COMPLAINT AND DEMAND FOR JURY TRIAL      CASE NO.: 2:26-CV-01116

62.    Ondas further represented to the USPTO that as of March 14, 2025 the description set forth in paragraph [0033] of U.S. Patent Application Publication No. 2025/0291055 adequately describes and enables a counter-drone system and a countermeasure system to a person having ordinary skill in the art ("PHOSITA"). Exhibit "J," U.S. Patent Application Publication No. 2025/0291055 A1 at [0033].

63.    Ondas further represented to the USPTO that as of March 14, 2025 the description set forth in paragraph [0033] of U.S. Patent Application Publication No. 2025/0291055 not only complies with 35 U.S.C. § 101, but also tells a PHOSITA "how" to make and practice "Counter UAS (C-UAS) module 606." Exhibit "J," U.S. Patent Application Publication No. 2025/0291055 A1 at [0033].

64.    Ondas' U.S. Patent Application Publication No. 2025/0291055 was filed on March 14, 2025, more than ten (10) years after XiDrone filed its first patent application on December 19, 2014.

65.    A counter-drone countermeasure was not known in the prior art as of the priority date of XiDrone's patents. The Sandia Report, which reflects the state of the art as of April 2015, several months after the filing date of XiDrone's first patent application, lists several then-existing countermeasures. *See* Exhibit "I," Sandia Report. The Sandia Report, however, does not list a counter-drone as a countermeasure because counter-drones were not known in the art in April 2015. *Id*. Counter-drones are a functional improvement over the prior art countermeasures, including the countermeasures listed in the Sandia Report.

66.    A system comprising the combination of radar and a counter-drone was a unique combination that did not exist as of the priority date of XiDrone's patents.

67.    A system comprising the combination of radar and a counter-drone was not well-known in the prior art.

68.    The new physical combination of radar and a counter-drone results in a never before achieved inventive solution to countering nefarious drones.

16

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

69.    A system comprising the combination of RF and a counter-drone was a unique combination that did not exist as of the priority date of XiDrone's patents.

70.    A system comprising the combination of RF and a counter-drone was not well-known in the prior art.

71.    The new physical combination of RF and a counter-drone results in a never before achieved inventive solution to countering nefarious drones.

72.    A system comprising the combination of multiple sensors, such as radar and RF, and a counter-drone was a unique combination that did not exist as of the priority date of XiDrone's patents.

73.    A system comprising the combination of multiple sensors and a counter-drone was not well-known in the prior art.

74.    The new physical combination of multiple sensors and a counter-drone results in a never before achieved inventive solution to countering nefarious drones.

75.    A system comprising the combination of a sensor, a non-destructive countermeasure, and a kinetic counter-drone was a unique combination that did not exist as of the priority date of XiDrone's patents.

76.    A system comprising the combination of a sensor, a non-destructive countermeasure, and a kinetic counter-drone was not well-known in the prior art.

77.    The new physical combination of a sensor, a non-destructive countermeasure, and a kinetic counter-drone results in a never before achieved inventive solution to countering nefarious drones.

**ONDAS' INFRINGING SYSTEMS, METHODS, AND DEVICES**

78.    On information and belief, Ondas has infringed, and continues to infringe, XiDrone's patents-in-suit by making, using, offering for sale, and/or selling a system for interdicting an unmanned aerial target, including but not necessarily limited to Ondas' CUAS

17

Multi Layered Defense system and/or the components thereof. *See, e.g.,* https://www.youtube.com/watch?v=HRNjgH1pBkY.

79.    Ondas refers to its "Multi Layered Defense" system as "One Autonomous Domain" comprising "Iron Drone Radar," "Iron Drone Station," "Sentry CS" RF, "Control," and "Insight." *See* https://www.youtube.com/watch?v=HRNjgH1pBkY.



ONDAS CUAS Multi Layered Defense. Iron Drone. Sentrycs.

*See* https://www.youtube.com/watch?v=HRNjgH1pBkY.

80.    Ondas' "Multi Layered Defense" system includes radar.

81.    Ondas' "Multi Layered Defense" system includes RF.

82.    Ondas' "Multi Layered Defense" system includes a processor.

COMPLAINT AND DEMAND FOR JURY TRIAL                CASE NO.: 2:26-CV-01116



ONDAS CUAS Multi Layered Defense. Iron Drone. Sentrycs.

*See* https://www.youtube.com/watch?v=HRNjgH1pBkY.

83.    Ondas' "Multi Layered Defense" system includes "Target Tracking."



ONDAS CUAS Multi Layered Defense. Iron Drone. Sentrycs.

19



ONDAS CUAS Multi Layered Defense. Iron Drone. Sentrycs.

*See* https://www.youtube.com/watch?v=HRNjgH1pBkY.

84.    Ondas' "Multi Layered Defense" system includes "Threat Classification."



ONDAS CUAS Multi Layered Defense. Iron Drone. Sentrycs.

*See* https://www.youtube.com/watch?v=HRNjgH1pBkY.

20

COMPLAINT AND DEMAND FOR JURY TRIAL                CASE NO.: 2:26-CV-01116

85.    Ondas' "Multi Layered Defense" system includes "Cyber Mitigation."



**ONDAS CUAS Multi Layered Defense. Iron Drone. Sentrycs.**

*See* https://www.youtube.com/watch?v=HRNjgH1pBkY.

86.    Ondas' "Multi Layered Defense" system includes "Soft Mitigation."



**ONDAS CUAS Multi Layered Defense. Iron Drone. Sentrycs.**

*See* https://www.youtube.com/watch?v=HRNjgH1pBkY.

21

87.    Ondas' "Multi Layered Defense" system includes "Threat Mitigated By Cyber."



**ONDAS CUAS Multi Layered Defense. Iron Drone. Sentrycs.**

*See* https://www.youtube.com/watch?v=HRNjgH1pBkY.

88.    Ondas integrates CUAS capabilities through its CoRF platform, which is designed to counter unauthorized drones through cyber and RF-based techniques. *See* Exhibit "V," Ondas Inc.'s March 30, 2026 Form 10-K Annual Report.

89.    Ondas' CoRF platform is a CUAS platform designed to detect, identify, track, and mitigate unauthorized drones using cyber and RF-based techniques.  CoRF is intended for deployment across defense, homeland security, and critical infrastructure environments and can be integrated with other sensors and command and control systems. *See* Exhibit "V," Ondas Inc.'s March 30, 2026 Form 10-K Annual Report.

90.    In a Systems-of-Systems deployment, CoRF can provide a core CUAS layer that supports both fixed-site protection and mobile operational scenarios and can be paired with response assets such as interceptor systems where required. *See* Exhibit "V," Ondas Inc.'s March 30, 2026 Form 10-K Annual Report.

91.    In a Systems-of-Systems framework, Ondas' CoRF can operate as a core element of a layered CUAS architecture – integrating with sensors, command-and-control, and response

22

assets such as interceptor solutions. *See* Exhibit "V," Ondas Inc.'s March 30, 2026 Form 10-K Annual Report.

92.    Ondas' "Multi Layered Defense" system includes "Hard Mitigation."



**ONDAS CUAS Multi Layered Defense. Iron Drone. Sentrycs.**

*See* https://www.youtube.com/watch?v=HRNjgH1pBkY.

93.    Ondas' "Multi Layered Defense" system includes a counter-drone that deploys a net to capture a target drone.

94.    Ondas markets Iron Drone Raider™ a fully autonomous interceptor drone designed to neutralize small hostile drones threatening critical assets, facilities, and operations. Iron Drone Raider is designed for rapid response and autonomous engagement concepts in high-consequence environments, supporting defense, homeland security, and public safety missions. *See* Exhibit "V," Ondas Inc.'s March 30, 2026 Form 10-K Annual Report.

95.    Ondas' Iron Drone Raider is designed to detect, identify, track, and defeat or mitigate unauthorized drones in defense and security environments, including protection of borders, bases, sensitive facilities, and critical infrastructure. *See* Exhibit "V," Ondas Inc.'s March 30, 2026 Form 10-K Annual Report.

96.    Ondas markets Iron Drone Raider™ platforms via direct sales to enterprises and government customers. *See* Exhibit "V," Ondas Inc.'s March 30, 2026 Form 10-K Annual Report.

97.    Ondas' Iron Drone Raider™ platforms can be purchased and be owned and operated by Ondas' end users or resellers via partnerships or joint ventures with third party drone service providers.  These types of agreements typically include arrangements for ongoing services including training and maintenance.  System purchases can be preferred by certain public safety and homeland security customers or via distribution through value-added resellers and partners. *See* Exhibit "V," Ondas Inc.'s March 30, 2026 Form 10-K Annual Report.

98.    Ondas' Iron Drone Raider™ platform may be delivered as stand-alone mission systems or as integrated deployments combining aerial, CUAS, and ground-domain capabilities. *See* Exhibit "V," Ondas Inc.'s March 30, 2026 Form 10-K Annual Report.



ONDAS CUAS Multi Layered Defense. Iron Drone. Sentrycs.

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116



**ONDAS CUAS Multi Layered Defense. Iron Drone. Sentrycs.**

*See* https://www.youtube.com/watch?v=HRNjgH1pBkY.

99.     Additional information about and/or related to Ondas' infringing technology is found in the following references, all of which are incorporated herein by reference:

Reference 1:  Bhargav Patel and Dmitri Rizer, *Counter-Unmanned Aircraft Systems: Technology Guide*, CUAS-T-G-1, National Urban Security Technology Laboratory, United States Department Of Homeland Security, September 2019.

Reference 2:  Arthur Holland Michel, *Counter-Drone Systems*, Second Edition, Center For The Study Of The Drone At Bard College, 2019.

Reference 3:  Dedrone, "VIPs And Private Property"; available at https://www.dedrone.com/solutions/vips-and-private-property; accessed September 3, 2020.

Reference 4:  Susan Friedberg, "Introducing DroneTracker 4.1, Providing Advanced Radar & PTZ Camera Integration For sUAS Detection & Threat Mitigation", November 5, 2019; available at https://www.dedrone.com/blog/the-8-most-important-innovations-of-dronetracker-4-1; accessed September 4, 2020.

25

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

Reference 5:  Sentrycs, "Our Technology"; available at https://sentrycs.com/our-technology/; accessed November 20, 2025.

Reference 6:  Tobias Folatelli & Sol Ipuche, Frost & Sullivan, "Frost Radar: UAS Communication Disruptors, 2025", February 2025; available at https://sentrycs.com/wp-content/uploads/2025/05/Frost-Radar-UAS-Comms-Disruptors-Sentrycs-FOR-EXTERNAL-USE.pdf; accessed November 20, 2025.

Reference 7:  Sentrycs, "Building System Integration Partnerships Around The Globe"; available at https://sentrycs.com/partners/system-integrators/; accessed November 21, 2025.

Reference 8:  Sentrycs, "Counter-Drone Solutions For Airport Security"; available at https://sentrycs.com/solution/airports/; accessed November 21, 2025.

Reference 9:  Dronivo GmbH, "Sentrycs/Counter-Drone Solutions Adapting At The Speed Of Threats Releases Version 6.0 Of Its Counter-Drone System With Key Improvements In Coverage, Accuracy, And Ease Of Operation"; available at: https://carbonfreeavaition.com/sentrycs-counter-drone-solutions-adapting-at-the-speed-of-threats-releases-version-6-0-of-its-counter-drone-system-with-key-improvements-in-coverage-accuracy-and-ease-of-operation/; July 17, 2025; accessed November 21, 2025.

Reference 10:  Sentrycs, "Sentrycs Fixed Kit"; available at https://sentrycs.com/our-technology/sentrycs-fixed-kit/; accessed November 21, 2025.

Reference 11:  Access Newswire, "Ondas Completes Acquisition Of Sentrycs, A Global Leader In Counter-UAS Cyber Technology"; available at: https://www.morningstar.com/news/accesswire/1103519msn/ondas-completes-acquisition-of-sentrycs-a-global-leader-in-counter-uas-cyber-technology; November 18, 2025; accessed November 21, 2025.

Reference 12:  American Robotics, "Ondas Secures Expansion Of Its Initial Purchase Order Of Iron Drone Raider Systems Received From A Major Military Customer For Immediate Deployment";  available  at  https://www.american-robotics.com/post/ondas-secures-expansion-

COMPLAINT AND DEMAND FOR JURY TRIAL                                    CASE NO.: 2:26-CV-01116

of-its-initial-purchase-order-of-iron-drone-raider-systems-received-from-a-m; August 14, 2024; accessed November 21, 2025.

Reference 13:  American Robotics, "Ondas Holdings' American Robotics Launches Maryland Headquarters And Customer Demonstration And Training Center"; available at https://www.american-robotics.com/post/ondas-holdings-american-robotics-launches-maryland-headquarters-and-customer-demonstration-and-trai; May 16, 2024; accessed November 21, 2025.

Reference 14:  Ondas Autonomous Systems, "Iron Drone Raider System"; available at https://www.youtube.com/watch?v=NCvnk_33tuM; accessed November 23, 2025.

Reference 15:  Ondas Autonomous Systems, "Ondas Autonomous Systems: Optimus System And Iron Drone Raider System"; available at: https://www.youtube.com/watch?v=tbvHPjRYJNg; accessed November 23, 2025.

Reference 16:  American Robotics, "Introducing The Iron Drone Raider System: 24/7 Counter UAV Operations"; available at https://www.youtube.com/watch?v=90nUjY0LOoc; accessed November 23, 2025.

Reference 17:  Next Era Tech, "Iron Drone Raider System—The Future Of Autonomous Counter-Drone Defense"; available at https://www.youtube.com/watch?v=rvcuAqTBwqQ; accessed November 23, 2025.

Reference 18:  Ondas, "Ondas Expands Its AI Sensing Capabilities With The Acquisition Of A Controlling Interest In Insight Intelligent Sensors Ltd.", October 29, 2025; available at https://ir.ondas.com/press-releases/detail/250/ondas-expands-its-ai-sensing-capabilities-with-the; accessed February 17, 2026.

Reference 19:  Jack Daleo, "U.S. Governors Request Federal Assistance To Counter Drones", September 12, 2025; available at https://www.flyingmag.com/governors-request-counter-drone-assistance/; accessed February 17, 2026.

Reference 20:  Abhishek Bhardwaj, "New York Police Could Deploy Mesh Net-Firing Counter-Drone System For Safer Skies", June 29, 2025; available at

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

https://interestingengineering.com/innovation/new-york-police-counter-drone-solution; accessed February 17, 2026.

Reference 21:  Tina Moore, *New York Post*, "Drone Ranger: NYPD Primed To Start Defending Against Hostile Drones In NYC Airspace", February 14, 2026; available at https://www.msn.com/en-us/technology/aviation/drone-ranger-nypd-primed-to-start-defending-against-hostile-drones-in-nyc-airspace/ar-AA1W1t81; accessed February 17, 2026.

Reference 22:  Rocco Parascandola and Thomas Tracy, *New York Daily News*, "NYPD Expects Federal Permission For Officers To Take Down Unauthorized Drones Around Major Events", February 10, 2026; available at https://www.police1.com/drones/nypd-officers-to-take-down-unauthorized-drones-around-major-events; accessed February 17, 2026.

Reference 23: Ondas, "Ondas CUAS Multi Layered Defense. Iron Drone. SentryCS"; available at https://www.youtube.com/watch?v=HRNjgH1pBkY; accessed February 17, 2026.

Reference 24:  Sentrycs, "Sentrycs Anti-Drone Technology In Action: Protocol Analytics, No Interference"; available at https://www.youtube.com/watch?v=YBuhpTq5QuM; accessed February 22, 2026.

Reference 25:  Sentrycs, "Sentrycs Horizon"; Undated Brochure.

Reference 26:  Sentrycs, "Next-Gen Counter-UAS—Cyber Over RF: The Ultimate Guide"; available at https://sentrycs.com/wp-content/uploads/2025/07/White-Paper-CoRF_The-ultimate-guide.pdf; accessed March 2, 2026.

Reference 27:  Ondas, "Ondas Networks—Ondas Autonomous Systems"; available at https://www.ondas.com/; accessed March 4, 2026.

Reference 28:  Ondas, "Ondas Autonomous Systems"; available at https://www.ondas.com/ondas-autonomous-systems; accessed March 4, 2026.

Reference 29:  Ondas Holdings, Inc., *2024 Annual Report*; March 12, 2025.

Reference 30:  Ondas Holdings, "Iron Drone Raider Is At The Cutting Edge Of Autonomous Drone Defense," *Breaking Defense*, March 13, 2025.

28

Reference 31: "Ondas Selected to Deploy Counter-Drone Protection for the 2026 FIFA World Cup," https://www.ondas.com/post/ondas-selected-to-deploy-counter-drone-protection-for-the-2026-fifa-world-cup, April 7, 2026.

100.    On information and belief, Ondas has used its Multi Layered Defense system and/or components thereof in the United States.

101.    On information and belief, Ondas has demonstrated its Multi Layered Defense system and/or components thereof in the United States to potential customers.

102.    On information and belief, Ondas has offered to sell its Multi Layered Defense system and/or components thereof in the United States to potential customers.

103.    On information and belief, Ondas has secured a purchase order from a major urban public safety organization in the United States for its drone detection and counter-drone solution.

104.    "The [Ondas] Iron Drone Raider™ counter-UAS platform saw increased demand, securing an initial purchase order in May 2024 from a major Israeli defense company for the first Raider™ systems."

105.    "In July 2024, [Ondas] received an initial purchase order from a major government military customer for the Iron Drone Raider™, supporting border security and protection of critical assets from hostile drones. This was followed by an expansion order in August, which included enhanced system features and long-term operational support."

106.    "In the third quarter, [Ondas'] Airobotics secured $9 million in purchase orders from a major government military customer for Iron Drone Raider™ system deployments, upgrades, and full-scale operational rollouts to protect national borders, military units, and high-security facilities."

107.    "As [Ondas] closed 2024, [Ondas'] Airobotics secured another purchase order for the Iron Drone Raider™ from a major defense company, reinforcing [Ondas'] strong position in the counter-drone security market."

29

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

108.    Ondas' Iron Drone is low kinetic.

*See*  https://www.youtube.com/watch?v=NbDFxmPHRSU.

109.    Ondas' Iron Drone is a drone fully autonomous with a sensor package on the radar, the iron drone radar that allows it to go out and hunt.

*See*  https://www.youtube.com/watch?v=NbDFxmPHRSU.

110.    Ondas' Iron Drone locates in space the threat that you want to neutralize, it'll track it and hunt it, and capture it with a net it throws.

*See*  https://www.youtube.com/watch?v=NbDFxmPHRSU.

111.    Ondas' Iron Drone is part of multi-layered security that when deployed neutralize[s] or mitigate[s] the threat through interception.

*See*  https://www.youtube.com/watch?v=NbDFxmPHRSU.

112.    Ondas' technology detects, tracks, and interdicts class 1 and class 2 drones.

113.    Ondas' technology detects, tracks, and interdicts drones weighing less than 20 kg or 55 pounds. *See* Ondas Holdings, "Iron Drone Raider Is At The Cutting Edge Of Autonomous Drone Defense," *Breaking Defense*, March 13, 2025.

114.    Ondas' technology includes a radar for detecting the 3D position of an unmanned aerial vehicle in flight.

115.    Ondas' technology includes at least one directional or omnidirectional sensor.

116.    Ondas' technology includes a radio frequency receiver for identifying the unmanned aerial vehicle in flight based on at least one radio transmission from the unmanned aerial vehicle.

117.    Ondas' technology includes at least one radio receiver configured to detect a radio frequency (RF) signature based on a radio signal communicated between an aerial target and a remote-control device.

118.    Ondas' technology includes a counter unmanned aerial vehicle dispatchable by the system to interdict the detected target.

30

119. Ondas' counter unmanned aerial vehicle is configured to receive an RF signal and to interdict the detected target.

120. Ondas' technology includes one or more processors coupled to the radar, where the one or more processors determine direction and range to the unmanned aerial target in response to the radar, and where the one or more processors dispatch a counter unmanned aerial vehicle to interdict the target where the flight path of the unmanned aerial vehicle is initiated by a transmitted signal from the one or more processors to the counter unmanned aerial vehicle.

121. Ondas' technology includes one or more processors coupled to the radar, where the one or more processors determine direction and range to the unmanned aerial target in response to the radar, and a counter unmanned aerial vehicle dispatched by a transmitted RF signal from the one or more processors to the counter unmanned aerial vehicle.

122. Ondas' technology includes at least one omnidirectional RF sensor, at least one radar, and at least one processor coupled to the at least one RF sensor and the at least one radar, where the one processor is configured to detect a target and determine direction and range of the target in response to the at least one omnidirectional RF sensor and the at least one radar. Ondas' technology also includes a counter unmanned aerial vehicle dispatched by a transmitted RF signal from the at least one processor to the counter unmanned aerial vehicle.

123. Ondas' technology includes at least one RF sensor, at least one radar, and one or more processors operatively connected to the at least one RF sensor and the at least one radar, where the one or more processors are configured to detect the unmanned aerial target drone and determine direction and range of the unmanned aerial drone target in response to the at least one RF sensor and the at least one radar. Ondas' technology also includes one or more processors that execute a computer program capable of processing data acquired from the at least one RF sensor and the at least one radar to perform a threat assessment and to select and initiate an appropriate counter measure against the unmanned aerial target drone in flight based at least in part on the threat assessment.

124. Ondas' technology includes a counter measure comprising at least one of a radio frequency transmitter and a counter unmanned aerial vehicle. Ondas' processor is structured to selectively (a) control interdiction of the unmanned aerial vehicle in flight using a specific RF jamming frequency transmitted by the radio frequency transmitter, and/or (b) control deployment of the counter unmanned aerial vehicle.

125. Ondas' technology includes an electronic countermeasure (ECM) signal generator configured to transmit an ECM signal to disrupt communications between the UAS and the remote-control device.

126. On information and belief, Ondas has and continues to provide counter class 1 and class 2 drone-related countermeasures that comprise an electronic countermeasure (ECM), including "Counter-UAS Stations" that include "electronic jamming."

127. On information and belief, Ondas has and continues to provide its systems for interdicting an unmanned aerial target to Defense customers, Airports, Energy customers, Law Enforcement, Prisons, and public venues.

128. A counter-drone product manufactured, sold, and supported by Ondas is the Iron Drone Raider System (*see, e.g.*, Reference 11; Reference 12). Ondas advertises that "the Iron Drone Raider system has been developed to tackle all types of hostile drones .... This system deploys a high-speed interceptor drone which identifies and locks onto incoming hostile drones" (excerpted from Reference 12). It is further explained that "Upon deployment, the Raider drone, locates, tracks, and hunts the hostile drone, incapacitating it with a net" (Reference 12).

129. It has also been reported that "An Ondas subsidiary is currently building manufacturing capacity to support adoption of the Iron Drone Raider in the rapidly growing market for counter-drone solutions" (Reference 12). On information and belief, this "Ondas subsidiary" is American Robotics.

130. One exemplary city government agency that plans to "use drones of its own to counter the unmanned aerial vehicles (UAVs)" (Reference 20) (parenthetical insertion in the

32

original) is the New York Police Department ("NYPD"). In fact, it has been reported that "The police department in the city ... is in talks with a drone tech supplier for the counter-drone tech" (excerpted from Reference 20). On information and belief, the referenced "drone tech supplier" is believed to be Ondas/American Robotics (see, *e.g.*, Reference 20; Reference 21).

131. As additional evidence, the *New York Post* has reported that "For months now the city has been moving toward adopting anti-drone technology, as the NYPD has been in talks with American Robotics to purchase the Iron Drone Raider ... The system uses 'interceptor drones' that hunt hostile drones with radar and fire a lightweight mesh net to entangle the target's rotors" (excerpted from Reference 21).

132. Moreover, the *New York Daily News* has written that "The NYPD will soon have the power to disable and take over rogue drones .... As the department waits for final approval, the NYPD will continue to invest millions of dollars in mitigation equipment and train officers how to use it" (excerpted from Reference 22).

133. In addition, Ondas emphasizes that its Iron Drone Raider System can be "Integrated to any type of detection system ...." (Reference 14, excerpted from approximately time base 0:27 through approximately time base 0:29). As such, the advertised detection capability can include, for example, radar data, RF sensor data, and electro-optical data.

134. It is notable that an Ondas venture named SentryCS employs and markets such RF sensor capability (see, *e.g.*, Reference 5; Reference 6; Reference 9; Reference 10; Reference 11). It is also known that Ondas has acquired controlling interest in an electro-optical sensing systems company named Insight Intelligent Sensors (see, *e.g.*, Reference 18).

135. Indeed, an informational video from Ondas expressly illustrates radar, RF, and electro-optics via graphical elements labeled "Iron Drone Radar," "SentryCS," and "Insight," respectively (see, *e.g.*, Reference 23 from approximately time base 0:24 through approximately time base 0:27; Reference 23 from approximately time base 0:32 through approximately time base 0:34; Reference 23 from approximately time base 0:48 through approximately time base

0:54; Reference 23 from approximately time base 1:06 through approximately time base 1:08; Reference 23 from approximately time base 1:42 through approximately time base 1:47).

136.    Ondas "has secured multiple contracts from federal, state and local public safety and security organizations valued in the millions of dollars to support airspace security operations during the 2026 FIFA World Cup, which will take place in 16 cities across the U.S., Canada, and Mexico this summer." *See* https://www.ondas.com/post/ondas-selected-to-deploy-counter-drone-protection-for-the-2026-fifa-world-cup.    "Under these agreements, Sentrycs' Counter-UAS (CUAS) solution is expected to be deployed across most venues where matches will be held, supporting efforts to protect stadiums, fan zones, and related event locations from unauthorized drone activity throughout the tournament. The selection reinforces Sentrycs' position as a leading provider of non-disruptive counter-drone solutions for large-scale civilian and critical infrastructure environments." *Id.*  "The 2026 FIFA World Cup is anticipated to be one of the largest and most geographically distributed sporting events to date, spanning multiple host cities and attracting millions of attendees. Securing the lower airspace in such a complex, high-visibility environment requires coordinated, regulation-compliant counter-drone capabilities that integrate into broader security frameworks." *Id.*  "Sentrycs' field-proven Cyber-over-RF (CoRF) technology enables passive detection, tracking, and identification of unauthorized drones, along with controlled mitigation capabilities. The system allows authorized operators to safely take control of, and land, drones in designated areas when required. Operating without jamming or kinetic measures, the solution is designed to support secure operations in dense urban environments and crowded venues while maintaining communications continuity without interfering with authorized systems." *Id.* "'Events of this scale and complexity highlight the growing need to protect low-altitude airspace against the threat of unauthorized drone activity,' said Eric Brock, Chairman and CEO of Ondas. 'Securing the lower airspace across multiple venues simultaneously presents a unique operational challenge, requiring coordinated, regulation-compliant counter-drone capabilities. Sentrycs' Cyber-over-RF technology is designed to address

34

this challenge, enabling precise, controlled mitigation of unauthorized drones in complex environments.'" *Id*. "'We are seeing increasing demand for integrated, multi-layered security solutions that address both aerial and ground-based threats,' said Oshri Lugassy, Co-CEO of Ondas Autonomous Systems. 'Sentrycs plays a critical role in our broader autonomous defense architecture, enabling precise and non-disruptive control of low-altitude airspace. Together with our autonomous platforms and sensing technologies, we are building a unified operational capability designed to secure complex environments at scale.'" "The selection of Sentrycs for deployment across tournament venues reflects the increasing importance of non-disruptive, cyber-based counter-drone technologies in safeguarding major international events, where maintaining public safety must be balanced with operational continuity and regulatory compliance." *Id*.

## THE PARTIES PRE-SUIT COMMUNICATIONS

137. XiDrone provided Ondas with written notice of XiDrone's counter-drone patent portfolio, including the patents-in-suit, on or about December 12, 2025. ***See* Exhibit "K,"** December 12, 2025 Letter from XiDrone to Ondas.

138. More specifically, XiDrone's December 12, 2025 letter provided Ondas with notice of (1) U.S. Provisional Patent Application No. 62/094,154; (2) U.S. Patent No. 9,689,976; (3) U.S. Patent No. 9,715,009; (4) U.S. Patent No. 9,977,117; (5) U.S. Patent No. 10,156,631; (6) U.S. Patent No. 10,281,570; (7) U.S. Patent No. 10,670,696; (8) U.S. Patent No. 10,739,451; (9) U.S. Patent No. 10,795,010; (10) U.S. Patent No. 10,907,940; (11) U.S. Patent No. 11,035,929; (12) U.S. Patent No. 11,156,707; (13) U.S. Patent No. 11,378,651; (14) U.S. Patent No. 11,644,535; (15) U.S. Patent No. 11,965,977; (16) U.S. Patent No. 12,092,756; (17) U.S. Patent No. 12,298,378; and (18) European Patent No. EP 3 234 633 B1. *Id*.

139. XiDrone's December 12, 2025 letter also requested a meeting with Ondas to discuss XiDrone's patent portfolio.

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

140.    Ondas responded to XiDrone's December 12, 2025 letter via email on January 5, 2026. Ondas' response expressly requested a claim chart that would "connect" XiDrone's patents "to Ondas."

141.    XiDrone provided Ondas a detailed claim chart for XiDrone's '756 patent, which clearly demonstrates how Ondas has and continues to infringe the '756 patent, *i.e.* how Ondas is "connected" to XiDrone's patents. *See* **Exhibit "L,"** January 6, 2026, Email from XiDrone to Ondas.

142.    Ondas has had actual notice and knowledge of Ondas' ongoing infringement of XiDrone's '756 Patent since at least January 6, 2026. *Id*.

143.    Ondas has never acknowledged nor addressed XiDrone's '756 claim chart.

144.    Ondas has never disputed any factual statement set forth in XiDrone's '756 claim chart.

145.    Ondas has never disputed any legal statement or conclusion set forth in XiDrone's '756 claim chart.

146.    XiDrone's January 6, 2026 response to Ondas' January 5, 2026 email also requested a meeting.

147.    Ondas never responded to XiDrone's second request for a meeting.

148.    Instead, on February 27, 2026, Ondas regurgitated old arguments based on 35 U.S.C. § 101 that were raised in a previous lawsuit even though the claims of XiDrone's '756 patent clearly "do more than just assess the threat – they actively take action to suppress the threat." *See., e.g.*, Exhibit "H," *XiDrone Systems, Inc. v. 911 Security Inc.*, Case No. 3:21-CV-02669-N, Order at 8 (Sept. 27, 2022 N.D. Texas).

149.    Ondas' February 27, 2026 letter did not address the six other patents-in-suit nor the other nine patents in XiDrone's U.S. patent portfolio.

150.    On March 2, 2026 XiDrone again asked for a meeting with Ondas.

151.    Ondas never responded to XiDrone's third request for a meeting.

36

152.    On April 7, 2026, XiDrone provided Ondas with written notice of Ondas' past, present, and ongoing infringement of XiDrone's U.S. Patent Nos. 10,281,570, 10,670,696, 10,795,010, 11,378,651, 11,644,535, and 12,298,378.  *See* **Exhibit "M,"** April 7, 2026, Letter from XiDrone to Ondas.  XiDrone also provided Ondas with infringement claim charts for each patent, which demonstrate Ondas' infringement of XiDrone's U.S. Patent Nos. 10,281,570, 10,670,696, 10,795,010, 11,378,651, 11,644,535, and 12,298,378. *Id*.

153.    Ondas has had actual notice and knowledge of Ondas' ongoing infringement of U.S. Patent Nos. 10,281,570, 10,670,696, 10,795,010, 11,378,651, 11,644,535, and 12,298,378, since at least April 7, 2026.

154.    Despite Ondas' awareness of XiDrone's U.S. Patent Nos. 10,281,570, 10,670,696, 10,795,010, 11,378,651, 11,644,535, 12,092,756, and 12,298,378, Ondas decided to continue to make, use, offer for sale, and sell its infringing technology without authorization from XiDrone.

155.    On information and belief, despite knowing of XiDrone's U.S. Patent Nos. 10,281,570, 10,670,696, 10,795,010, 11,378,651, 11,644,535, 12,092,756, and 12,298,378 and its infringement of XiDrone's U.S. Patent Nos. 10,281,570, 10,670,696, 10,795,010, 11,378,651, 11,644,535, 12,092,756, and 12,298,378, Ondas deliberately avoided confirming its high probability of wrongdoing and Ondas has induced and contributed to, and continues to induce and contribute to, the direct infringement of the patents-in-suit with willful blindness.

156.    On April 7, 2026, and in accordance with 35 U.S.C. § 154(d), XiDrone provided Ondas with actual notice of XiDrone's published patent application number US 2026/0093026 A1.  On April 2, 2026, the United States Patent and Trademark Office published XiDrone's United States Patent Application Publication No. US 2026/0093026 A1. *See* Exhibit "U," United States Patent Application Publication No. US 2026/0093026 A1.

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

157.    On information and belief, Ondas has a policy or practice of not reviewing the patents of others, including instructing its employees to not review the patents of others, and thus Ondas has been willfully blind of XiDrone's patent rights.

158.    Ondas intentionally failed to search for any prior art related to its pending patent application (Exhibit "J") thereby knowingly and purposefully ignoring the patent rights of others, including XiDrone.

159.    Ondas intentionally failed to submit for any prior art related to its pending patent application (Exhibit "J") thereby knowingly and purposefully ignoring the patent rights of others, including XiDrone.

160.    On information and belief, since receiving XiDrone's notice of infringement, Ondas has not changed (a) its course of conduct, (b) its infringing products or systems, (c) its infringing methods, or (d) any of its instructions or supporting literature and materials despite awareness of XiDrone's notice of infringement of XiDrone's patents-in-suit.

161.    On information and belief, Ondas' past, present, and future infringement of XiDrone's U.S. Patent Nos. 10,281,570, 10,670,696, 10,795,010, 11,378,651, 11,644,535, 12,092,756, and 12,298,378 is intentional, deliberate, malicious, willful, and in bad faith.

## COUNT I:

## DIRECT INFRINGEMENT OF XIDRONE'S '570 PATENT

162.    XiDrone incorporates by reference the allegations in the preceding paragraphs.

163.    Ondas has made, used, offered for sale and/or sold the infringing products, systems, methods, and computer programs that incorporate one or more of the inventions claimed in XiDrone's '570 Patent within the United States.

164.    Ondas makes, uses, offers for sale and/or has sold within the United States its "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone. *See, e.g.,* https://www.youtube.com/watch?v=HRNjgH1pBkY.

165.    Ondas has infringed and continues to infringe at least representative claims 20, 21, and 22 of the '570 Patent, as detailed in Exhibit "N," including either literally or under the doctrine of equivalents, in connection with, for example, Ondas' above-described technology, products, systems, methods, and computer programs including Ondas' multi-layered system that comprises an electronic countermeasure and/or a counter unmanned aerial vehicle.

166.    XiDrone reserves the right to assert additional claims of the '570 patent against Ondas.

167.    A claim chart demonstrating Ondas' past and present infringement of United States Patent No. 10,281,570 is attached as Exhibit "N."

168.    Ondas' "Multi Layered Defense" system includes one or more processors.

169.    Ondas' control computer or computers, plus any associated computing capability being employed by the RF technologies, includes one or more processors.

170.    Ondas' workstations include one or more processors (*see* Reference 23 from approximately time base 0:29 through approximately time base 0:32).

171.    Ondas' "Multi Layered Defense" system includes a memory.  M is associated with each of the processors discussed above (*see* Reference 23 from approximately time base 0:29 through approximately time base 0:32).

172.    Ondas' "Multi Layered Defense" system includes a computer-readable medium coupled to the one or more processors storing a program comprising instructions that, when executed by the one or more processors, cause the one or more processors to perform the actions recited in certain of the claim elements below.  In particular, the recited computer-readable medium can comprise one, or any combination of, RAM, ROM, PROM, Flash memories, hard disk drives, solid state drives, and the like wherein the Ondas counter-drone software resides.

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

173. Ondas' "Multi Layered Defense" system includes detecting a radio frequency (RF) signal employed for communication between a remote controller and a drone.

174. Ondas' "Multi Layered Defense" system detects an aerial target, such as a drone, by intercepting radio transmissions between the drone and the remote control device used by the pilot of that drone. Ondas' radio frequency technology "focuses on the real-time detection of all types of transmitting drones" (Reference 25) and is involved in "detecting transmissions" (Reference 25).

175. Ondas' RF technology "analyzes the RF environment, identifying signal bursts that match the characteristics of datalinks emitted by drones" (Reference 25).

176. In Ondas' "Multi Layered Defense" system ,"operators can configure the system to scan specific frequency bands" (Reference 25).

177. Ondas' RF technology can "Detect...Track...Identify" "drone threats" (Reference 24, excerpted from approximately time base 0:06 through approximately time base 0:12).

178. Ondas' "Multi Layered Defense" system includes determining a direction of the drone. For example, an informational video from Ondas shows the "Lat" and the "Long" of a subject drone (Reference 23 from approximately time base 0:49 through approximately time base 0:54). Because the location of each of the pre-installed Ondas sensors is known to Ondas, knowing the latitude and longitude of the subject drone uniquely determines the directional vector from each sensor to the subject drone.

179. Another Ondas video shows one or more icons representing drones on an electronic map as these drones move relative to various Ondas sensors (Reference 24 from approximately time base 1:08 through approximately time base 1:12; Reference 24 from approximately time base 1:21 through approximately time base 1:23; Reference 24 from approximately time base 1:38 through approximately time base 1:39; Reference 24 from approximately time base 1:42 through approximately time base 1:43).

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

180. Another Ondas video shows one or more icons representing drones on an electronic map as these drones move relative to various Ondas sensors (Reference 23 from approximately time base 0:32 through approximately time base 0:34; Reference 23 from approximately time base 0:42 through approximately time base 0:44; Reference 23 from approximately time base 0:53 through approximately time base 0:55).

181. Ondas' "Multi Layered Defense" system includes comparing signal characteristics of the RF signal with a library.

182. One type of counter-drone technology offered by Ondas is referred to as "Cyber Over RF (CoRF)" (*see, e.g.*, Reference 26, Pages 2 and 15).

183. Ondas explains that "Cyber Over RF systems go beyond signal detection to analyze and interpret the content of the communication itself .... The library such CoRF solutions refer to is a library of specific drone vendors, models, firmwares and remote controls" (excerpted from Reference 26, Page 9).

184. Ondas contends that its "Multi Layered Defense" system "Updat[es] the system's library in real time" (excerpted from Reference 25).

185. Ondas' "Multi Layered Defense" system includes defining an electronic countermeasure (ECM) based on the comparison.

186. One specific interdiction operation that Ondas' "Multi Layered Defense" system performs is described by Ondas as "Disconnecting drone from remote control ...." (excerpted from Reference 5).

187. Ondas admits "the company has even more advanced cyber technology that can take control of the hostile drone and land it ... said Eric Brock, CEO of Ondas" (excerpted from Reference 21). Mr. Brock, Ondas' CEO, goes on to say "We see the radio frequency and then we can ... target that radio frequency and make that drone believe that we are the pilot .... So we override the encryption and basically steal the drone" (excerpted from Reference 21).

188. Ondas' "Multi Layered Defense" system includes transmitting the ECM to interdict the drone.

189. Ondas represents that "the optional Sentrycs Mitigation module ... that enables to safely land drones in a predefined zone ... or permanently disconnect the drone from its remote control" (excerpted from Reference 10).

190. Some of the interdiction modalities employed by Ondas' "Multi Layered Defense" system involve methods described as cyber-based electronic countermeasures.

191. An Ondas video reveals that one desired outcome of the application of the Sentrycs Mitigation module against an unauthorized drone is "Threat Mitigated By Cyber" (Reference 23 from approximately time base 0:36 through approximately time base 1:03).

192. When describing such capability, a document contends "A standout feature of the Sentrycs solution is the inclusion of cyber-RF technology that allows it to mitigate drone intrusions" (Reference 6).

193. Ondas' "Multi Layered Defense" system is able to disconnect a drone from its remote control (excerpted from Reference 5).

194. Ondas represents that its "Multi Layered Defense" "system offers two distinct options: one ... cuts off a drone's connection to its remote control" (excerpted from Reference 6).

195. Indeed, an Ondas video shows the rogue pilot of an unauthorized drone having commands from his associated drone control box usurped by the Ondas' technology (Reference 24 from approximately time base 1:02 through approximately time base 1:20).

196. This same informational video explains that Ondas' "Multi Layered Defense" system "automatically pairs with the unauthorized drones to turn their original remote controls inoperative" (Reference 24 from approximately time base 1:14 through approximately time base 1:20).

197. Ondas explains that "The system offers two distinct options: one allows a drone to be safely redirected to a predetermined location and landed ...." (excerpted from Reference 6).

42

198. After electronically "stealing" rogue drones, Ondas' "Multi Layered Defense" system can force "landing them in a predefined area" (Reference 24 from approximately time base 1:21 through approximately time base 1:26) and "Redirecting To Landing Spot" (Reference 23 from approximately time base 0:36 through approximately time base 1:03). Stated another way "it can also securely take over communication between the remote control, bring the drone to a safe altitude, and land it on a predefined landing zone" (Reference 10).

199. As detailed in Exhibit "N," Ondas has and continues to directly infringe one or more claims of the '570 Patent, including at least representative claims 20, 21, and 22 of the '570 Patent in violation of 35 U.S.C. § 271(a) by, without authority, making, using, offering for sale, and/or selling the infringing products, systems, methods, and computer programs within the United States and importing the infringing products, systems, methods, and computer programs into the United States.

200. Ondas' infringing activities have and continue to be without authority or license under the '570 Patent.

201. On information and belief, despite notice of the '570 Patent and its infringement of XiDrone's '570 Patent, Ondas deliberately avoided confirming its high probability of wrongdoing and Ondas has and continues to infringe XiDrone's '570 Patent.

202. On information and belief, Ondas has a policy and/or practice of not reviewing the patents of others, including instructing its employees to not review the patents of others, including XiDrone, and thus Ondas has been willfully blind of XiDrone's patent rights.

203. On information and belief, as Ondas deliberately avoided confirming Ondas' high probability of wrongdoing, Ondas has and continues to directly infringe at least representative claims 20, 21, and 22 of the '570 Patent with willful blindness.

204. Ondas' direct infringement of XiDrone's '570 Patent has been, and continues to be, willful, and deliberate conduct. Accordingly, XiDrone seeks damages up to three times on

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

account of Ondas' willful conduct pursuant to 35 U.S.C. § 284 and attorneys' fees on account of Ondas' actions rendering this an exceptional case pursuant to 35 U.S.C. § 285.

205. XiDrone has and continues to suffer damages as a direct and proximate result of Ondas' direct infringement of XiDrone's '570 Patent, and XiDrone will suffer additional and irreparable damages unless the Court preliminarily and permanently enjoins Ondas from continuing its infringing activities. XiDrone does not have an adequate remedy at law.

206. XiDrone is entitled to recover: (i) damages adequate to compensate XiDrone for Ondas' direct infringement of XiDrone's '570 Patent, which at a minimum, amount to a reasonable royalty; (ii) treble damages; (iii) attorneys' fees; (iv) costs; and (v) an injunction.

## COUNT II:

## INDIRECT INFRINGEMENT OF XIDRONE'S '570 PATENT

207. XiDrone incorporates by reference the allegations in the preceding paragraphs.

208. Ondas has known of the '570 Patent since no later than December 12, 2025. *See, e.g.*, Exhibit "K," December 12, 2025 Letter from XiDrone to Ondas.

209. Ondas has known that its "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone infringes one or more claims of the '570 Patent since no later than April 7, 2026. *See, e.g.*, Exhibit "M," April 7, 2026 Letter from XiDrone to Ondas.

210. Ondas' customers directly infringe one or more of the asserted representative claims of the '570 Patent by using and/or exporting Ondas' "Multi Layered Defense" system in a manner that infringes XiDrone's '570 Patent.

211. Ondas' customers include non-government companies, airports, energy related customers, law enforcement, prisons, and public venues.

44

212.    Ondas' customers also include defense, government, and commercial sectors.

213.    On information and belief, Ondas' customers also include foreign entities and foreign governments.

214.    Ondas has in the past and continues to indirectly infringe at least representative claims 20, 21, and 22 of the '570 Patent in violation of 35 U.S.C. § 271(b) by actively, knowingly, and intentionally inducing direct infringement by other persons, including customers and end users, by encouraging and instructing their customers to use Ondas' "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone, in a manner understood and intended to infringe XiDrone's '570 Patent.

215.    For example, despite knowing of XiDrone's '570 Patent, and its direct infringement thereof; as shown above, Ondas instructs its customers to utilize Ondas' "Autonomous" "Multi Layered Defense" system (and/or components thereof) that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone in a manner understood and intended to infringe XiDrone's '570 Patent.

216.    Ondas specifically intended and continues to intend that its customers, such as for example the NYPD and/or the FIFA World Cup, directly infringe the '570 patent by purchasing and using Ondas' system in an infringing manner.

217.    Ondas' specific intent to infringe the '570 patent is further demonstrated by statements Ondas has and continues to make in its annual report(s) that recognize and admit that infringing someone else's patent, such as XiDrone's patents, is a risk and a cost of doing business

45

that Ondas is willing to take. Ondas admits that it knowingly and intentionally assumes the risk of infringing "the intellectual property rights of others." *See, e.g.*, Exhibit "V," Ondas Inc.'s March 30, 3026 Form 10-K Annual Report at iv and 35.

218. Indeed, on information and belief, Ondas believes that it can use its size, strength, capital, and political power to knowingly and intentionally steal XiDrone's intellectual property, including the '570 patent, with little to no consequence.

219. Ondas' specific intent to induce its customers infringe the '570 patent is also demonstrated by the fact that Ondas has never raised a direct infringement non-infringement defense.

220. Ondas' specific intent to induce its customers to infringe the '570 patent is also demonstrated by the inconsistent positions Ondas has taken about 35 U.S.C. § 101 and its subsidiary's published patent application." Exhibit "J," U.S. Patent Application Publication No. 2025/0291055 A1 at [0033].

221. Ondas has in the past and continues to indirectly infringe at least representative claims 20, 21, and 22 of the '570 Patent in violation of 35 U.S.C. § 271(c) by actively, knowingly, and intentionally contributing to an underlying direct infringement by other persons, such as Ondas' patrons, customers, and end users, by offering and providing Ondas' above-described technology for interdicting an unmanned aerial vehicle without authority or license from XiDrone and in a manner understood and intended to infringe XiDrone's '570 Patent. For example, despite knowing of XiDrone's '570 Patent, and its infringement thereof; as shown above, Ondas knows its "Autonomous" "Multi Layered Defense" system includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone each constitute (i) a component and material part of the inventions claimed in one or more claims of the '570 Patent; (ii) knowingly and especially designed for use in infringing one or more claims

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

of the '570 Patent; (iii) intended to be used to infringe one or more claims of the '570 Patent; and (iv) not a staple item of commerce suitable for substantial non-infringing use.

222. On information and belief, despite knowing of XiDrone's '570 Patent and its infringement of XiDrone's '570 Patent, Ondas deliberately avoided confirming its high probability of wrongdoing and Ondas has induced and contributed to, and continues to induce and contribute to, the direct infringement of at least representative claims 20, 21, and 22 of XiDrone's '570 Patent with willful blindness.

223. On information and belief, Ondas has a policy or practice of not reviewing the patents of others, including instructing its employees to not review the patents of others, including XiDrone, and thus Ondas has been willfully blind of XiDrone's patent rights.

224. Ondas' indirect infringement of XiDrone's '570 Patent has been, and continues to be, willful and deliberate. Accordingly, XiDrone seeks damages up to three times on account of Ondas' willful conduct pursuant to 35 U.S.C. § 284 and attorneys' fees on account of Ondas' actions rendering this an exceptional case pursuant to 35 U.S.C. § 285.

225. XiDrone has and continues to suffer damages as a direct and proximate result of Ondas' indirect infringement of XiDrone's '570 Patent and will suffer additional and irreparable damages unless the Court preliminarily and permanently enjoins Ondas from continuing its infringement. XiDrone does not have an adequate remedy at law.

226. XiDrone is entitled to recover: (i) damages adequate to compensate XiDrone for Ondas' indirect infringement of XiDrone's '570 Patent, which, at a minimum, amount to a reasonable royalty; (ii) treble damages; (iii) attorneys' fees; (iv) costs; and (v) an injunction.

## COUNT III:

## DIRECT INFRINGEMENT OF XIDRONE'S '696 PATENT

227. XiDrone incorporates by reference the allegations in the preceding paragraphs.

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

228. Ondas has made, used, offered for sale and/or sold the infringing products, systems, methods, and computer programs that incorporate one or more of the inventions claimed in XiDrone's '696 Patent within the United States.

229. Ondas makes, uses, offers for sale and/or has sold within the United States its "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone. *See, e.g.,* https://www.youtube.com/watch?v=HRNjgH1pBkY.

230. Ondas has infringed and continues to infringe at least representative claims 2, 3, 6, 8, 10, 11, 14, and 16 of the '696 Patent, as detailed in Exhibit "O," including either literally or under the doctrine of equivalents, in connection with, for example, Ondas' above-described technology, products, systems, methods, and computer programs including Ondas' multi-layered system that comprises an electronic countermeasure and/or a counter unmanned aerial vehicle.

231. XiDrone reserves the right to assert additional claims of the '696 patent against Ondas.

232. A claim chart demonstrating Ondas' past and present infringement of United States Patent No. 10,670,696 is attached as Exhibit "O."

233. Ondas' "Multi Layered Defense" system includes at least one computing device including a processor, non-transitory memory and a plurality of applications configured to run on the processor. For instance, the Ondas control computer or computers, plus any associated computing capability being employed by the RF technologies, necessarily includes one or more computer processors, one or more non-transitory memories, and a plurality of applications, as recited in this claim element.

234. Ondas' "Multi Layered Defense" system includes at least one radio receiver coupled to the computing device and configured to select specific radio signals. For example,

48

COMPLAINT AND DEMAND FOR JURY TRIAL

CASE NO.: 2:26-CV-01116

Ondas reveals that "operators can configure the system to scan specific frequency bands" (Reference 25). Each such frequency band comprises an ensemble of specific radio signals, as recited in this claim element.

235.    Similarly, Mr. Eric Brock, CEO of Ondas, has stated "We see the radio frequency and then we can...target that radio frequency and make that drone believe that we are the pilot" (excerpted from Reference 21). Seeing and targeting a radio frequency constitutes selecting specific radio signals, as recited in this claim element.

236.    Ondas' "Multi Layered Defense" system includes a system configured to scan a radio frequency spectrum. The word "scan" expressly appears in an informational video released by Ondas (Reference 24 from approximately time base 0:30 through approximately time base 0:34; Reference 24 at approximately time base 1:33).

237.    Other Ondas documentation variously explains that this Ondas radio frequency technology "focuses on the real-time detection of all types of transmitting drones" (Reference 25), is involved in "detecting transmissions" (Reference 25), and "analyzes the RF environment" (Reference 25).

238.    Ondas' "Multi Layered Defense" system allows "operators can configure the system to scan specific frequency bands" (Reference 25).

239.    Ondas' "Multi Layered Defense" system includes a system configured to detect a vehicle by receiving radio transmissions involving the vehicle, wherein the radio transmissions include data sent from the vehicle. Ondas' radio frequency technology "focuses on the real-time detection of all types of transmitting drones" (Reference 25) and is involved in "detecting transmissions" (Reference 25).

240.    Ondas' RF technology "analyzes the RF environment, identifying signal bursts that match the characteristics of datalinks emitted by drones" (Reference 25).

49

241.    Ondas' RF technology can "Detect ... Track ... Identify" "drone threats" (Reference 24, excerpted from approximately time base 0:06 through approximately time base 0:12).

242.    Ondas' "Multi Layered Defense" system includes a system configured to create a unique identifier for the vehicle using at least a portion of the data.  For example, a SentryCS document contains an example map with an icon for a detected drone that bears identification "SD-124" (Reference 7).

243.    Similarly, an informational video from SentryCS contains an illustration bearing a label reciting "Drone 104...DJI Mavic 2 P[ro]" (Reference 24, excerpted from approximately time base 0:25 through approximately time base 0:26) (clarifying material in square brackets added here).

244.    Illustrations in this same SentryCS video also contain labels reciting "Drone 130" (Reference 24 from approximately time base 1:21 through approximately time base 1:26), and "Drone 131" (Reference 24 from approximately time base 1:02 through approximately time base 1:20).

245.    Another graphic from this same video recites "Model: Phantom x4...Build 0.943C" (Reference 24, excerpted from approximately time base 1:21 through approximately time base 1:26).

246.    An illustration from a different Ondas video contains the label "F-450 Drone" (Reference 23 from approximately time base 0:36 through approximately time base 1:03).

247.    Other documentation from SentryCS features a control panel with the indication "Blue Drone...DJI Inspire 2" (excerpted from Reference 10).

248.    In fact, SentryCS documentation explains that their associated technology is "Providing user-level identification, including...drone vendor...drone type...serial number" (excerpted from Reference 5).

50

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

249.    Ondas' "Multi Layered Defense" system includes a system configured to perform a threat assessment for the vehicle using at least a portion of the data.  One type of threat assessment is the fact that the subject drone is not authorized to be there at all.

250.    As one example, an informational video from SentryCS reveals to appropriate personnel "Drone 131...Unauthorized" (Reference 24, excerpted from approximately time base 1:02 through approximately time base 1:20).

251.    Another type of threat assessment is an indication that a drone is approaching a protected perimeter.  For instance, an Ondas video shows graphics indicating "F-450 Drone Approaching" and "Matrice Drone Approaching" (Reference 23 from approximately time base 0:36 through approximately time base 1:03).

252.    Other threat assessment metrics include express examples from SentryCS documentation such as "Altitude" (Reference 10), "Speed" (Reference 10), and "Distance From Sensor" (Reference 10).

253.    For instance, a SentryCS video shows the location of a subject drone on a map with the annotation "Altitude 31.0 m" (Reference 24 from approximately time base 0:25 through approximately time base 0:26).

254.    Other threat assessment metrics enumerated by SentryCS include "First Appeared" (Reference 10) and "Event Duration" (Reference 10).

255.    Indeed, an Ondas video specifically admits that their technology does "Threat Classification" (Reference 23 from approximately time base 0:36 through approximately time base 1:03).

256.    Ondas' "Multi Layered Defense" system includes a radio transmitter configured to send radio transmissions to the vehicle.  In particular, the mitigation modalities employed by Ondas' SentryCS technologies involve methods sometimes described as cyber-based electronic countermeasures (ECMs).  These ECM technologies all involve sending radio transmissions to the subject drone.

257. For instance, an Ondas video reveals that one desired outcome of the application of the SentryCS technology against an unauthorized drone is "Threat Mitigated By Cyber" (Reference 23 from approximately time base 0:36 through approximately time base 1:03).

258. When describing such capability, a document contends "A standout feature of the Sentrycs solution is the inclusion of cyber-RF technology that allows it to mitigate drone intrusions" (Reference 6).

259. When detailing their purported leadership, the company represents that SentryCS is a "global leader in...Protocol-Manipulation counter-UAS technology" (excerpted from Reference 11). ECM technologies, including those performing the referenced protocol manipulation, involve sending radio transmissions to the subject drone.

260. Moreover, a video segment from SentryCS explains that the SentryCS technology "automatically pairs with the unauthorized drones to turn their original remote controls inoperative" (Reference 24 from approximately time base 1:14 through approximately time base 1:20). Doing so involves sending radio transmissions to the subject drone.

261. As further evidence, a video segment from SentryCS shows the rogue pilot of an unauthorized drone having commands from his associated drone control box usurped by the Ondas technology (see, Reference 24 from approximately time base 1:02 through approximately time base 1:20).

262. Indeed, Ondas admits "the company has even more advanced cyber technology that can take control of the hostile drone and land it ... said Eric Brock, CEO of Ondas" (excerpted from Reference 21). Mr. Brock goes on to say "We see the radio frequency and then we can...target that radio frequency and make that drone believe that we are the pilot...So we override the encryption and basically steal the drone" (excerpted from Reference 21).

263. Ondas' "Multi Layered Defense" system includes radio transmissions configured to at least one of: use an identified waveform to control the vehicle, and disrupt communication between the vehicle and at least one controller of the vehicle. Indeed, when detailing their

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

purported leadership, Ondas represents that SentryCS is a "global leader in...Protocol-Manipulation counter-UAS technology" (excerpted from Reference 11).

264.   For instance, one specific counter-drone operation that the SentryCS technology can perform is described by Ondas as "Disconnecting drone from remote control..." (excerpted from Reference 5).

265.   Specifically, Ondas admits "the company has even more advanced cyber technology that can take control of the hostile drone and land it ... said Eric Brock, CEO of Ondas" (excerpted from Reference 21).  Mr. Brock goes on to say "We see the radio frequency and then we can ... target that radio frequency and make that drone believe that we are the pilot ... So we override the encryption and basically steal the drone" (excerpted from Reference 21).

266.   As additional evidence, Ondas represents that "The system offers two distinct options: one...cuts off a drone's connection to its remote control" (excerpted from Reference 6).

267.   Indeed, a video segment from SentryCS shows the rogue pilot of an unauthorized drone having commands from his associated drone control box usurped by the Ondas technology (see, Reference 24 from approximately time base 1:02 through approximately time base 1:20).

268.   This same informational video explains that the SentryCS technology "automatically pairs with the unauthorized drones to turn their original remote controls inoperative" (Reference 24 from approximately time base 1:14 through approximately time base 1:20).

269.   Ondas' "Multi Layered Defense" system includes at least one computing device being configured to initiate an interdict operation against the vehicle.  In certain Ondas documentation such interdiction is often referenced with words like "mitigation," "mitigate," and variants (*see, e.g.*, Reference 5; Reference 24 from approximately time base 0:06 through approximately time base 0:12).

270.   Documentation from SentryCS reveals that one of their product modules for performing this function is the "Sentrycs mitigation module" (Reference 10).

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

271. Ondas represents that "the optional Sentrycs Mitigation module...that enables to safely land drones in a predefined zone...or permanently disconnect the drone from its remote control" (excerpted from Reference 10).

272. Generally speaking, the mitigation modalities employed by Ondas' SentryCS technologies involve methods sometimes described as cyber-based electronic countermeasures.

273. Indeed, an Ondas video reveals that one desired outcome of the application of the SentryCS technology against an unauthorized drone is "Threat Mitigated By Cyber" (Reference 23 from approximately time base 0:36 through approximately time base 1:03).

274. When describing such capability, a document contends "A standout feature of the Sentrycs solution is the inclusion of cyber-RF technology that allows it to mitigate drone intrusions" (Reference 6).

275. When detailing their purported leadership, the company represents that SentryCS is a "global leader in...Protocol-Manipulation counter-UAS technology" (excerpted from Reference 11).

276. For instance, one specific interdiction operation that the SentryCS technology can perform is described by Ondas as "Disconnecting drone from remote control..." (excerpted from Reference 5).

277. Specifically, Ondas admits "the company has even more advanced cyber technology that can take control of the hostile drone and land it...said Eric Brock, CEO of Ondas" (excerpted from Reference 21). Mr. Brock goes on to say "We see the radio frequency and then we can...target that radio frequency and make that drone believe that we are the pilot...So we override the encryption and basically steal the drone" (excerpted from Reference 21).

278. Ondas represents that "The system offers two distinct options: one...cuts off a drone's connection to its remote control" (excerpted from Reference 6).

279. Indeed, a video segment from SentryCS shows the rogue pilot of an unauthorized drone having commands from his associated drone control box usurped by the Ondas technology (*see*, Reference 24 from approximately time base 1:02 through approximately time base 1:20).

280. This same informational video explains that the SentryCS technology "automatically pairs with the unauthorized drones to turn their original remote controls inoperative" (Reference 24 from approximately time base 1:14 through approximately time base 1:20).

281. Also, Ondas explains that "The system offers two distinct options: one allows a drone to be safely redirected to a predetermined location and landed..." (excerpted from Reference 6).

282. In fact, after electronically "stealing" rogue drones, the SentryCS technology can force "landing them in a predefined area" (Reference 24 from approximately time base 1:21 through approximately time base 1:26). Similarly, another Ondas reference describes this operation as "Redirecting To Landing Spot" (Reference 23 from approximately time base 0:36 through approximately time base 1:03).

283. Stated another way "it can also securely take over communication between the remote control, bring the drone to a safe altitude, and land it on a predefined landing zone" (Reference 10).

284. The above discussion involves cyber interdiction featuring technologies such as protocol manipulation and similar electronic countermeasures. Ondas combines their SentryCS cyber interdiction with their American Robotics Iron Drone Raider interceptor drone interdiction.

285. Ondas advertises that "the Iron Drone Raider system has been developed to tackle all types of hostile drones...This system deploys a high-speed interceptor drone which identifies and locks onto incoming hostile drones" (excerpted from Reference 12). "Upon deployment, the Raider drone, locates, tracks, and hunts the hostile drone, incapacitating it with a net" (Reference 12).

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

286. The combination of Ondas' SentryCS technology with Ondas' Iron Drone Raider technology provides the option of a multi-layered defense (see, *e.g.*, Reference 23).

287. Relying again on Mr. Eric Brock, the CEO of Ondas, "Brock...explaining that cities like New York could 'do a layered system' where the first line of defense would be taking over the drone and the second would be ... 'net interception'" (excerpted from Reference 21).

288. In such an arrangement, activating the SentryCS "steal the drone" mitigation modality constitutes the claimed "initiating an interdict operation against the vehicle". And, activating the Iron Drone Raider "net interception" mitigation modality constitutes an additional instance of the claimed "initiating an interdict operation against the vehicle".

289. Ondas' "Multi Layered Defense" system includes the at least one computing device being configured to initiate a disabling countermeasure against the vehicle.

290. As one example in which this claim element is satisfied, the SentryCS technology is advertised as having the ability to "permanently disconnect the drone from its remote control, which will result in 'Hover until it dies'" (excerpted from Reference 10). A typical instance of such drone death is when the drone battery depletes and, consequently, the drone crashes. Such a situation constitutes an instance of the claimed "disabling countermeasure".

291. Alternatively, consider employment of Ondas' Iron Drone Raider technology. Recall Ondas' statement that "Iron Drone Raider ... The system uses 'interceptor drones' that hunt hostile drones with radar and fire a lightweight mesh net to entangle the target's rotors" (excerpted from Reference 21). Clearly, entanglement of the drone, or of the drone's componentry, constitutes another instance of the claimed "disabling countermeasure."

292. As detailed in Exhibit "O," Ondas has and continues to directly infringe one or more claims of the '696 Patent, including at least representative Ondas has infringed and continues to infringe at least representative claims 2, 3, 6, 8, 10, 11, 14, and 16 of the '696 Patent in violation of 35 U.S.C. § 271(a) by, without authority, making, using, offering for sale, and/or selling the infringing products, systems, methods, and computer programs within the United

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

States and importing the infringing products, systems, methods, and computer programs into the United States.

293.    Ondas' infringing activities have and continue to be without authority or license under the '696 Patent.

294.    On information and belief, despite notice of the '696 Patent and its infringement of XiDrone's '696 Patent, Ondas deliberately avoided confirming its high probability of wrongdoing and Ondas has and continues to infringe XiDrone's '696 Patent.

295.    On information and belief, Ondas has a policy and/or practice of not reviewing the patents of others, including instructing its employees to not review the patents of others, including XiDrone, and thus Ondas has been willfully blind of XiDrone's patent rights.

296.    On information and belief, as Ondas deliberately avoided confirming Ondas' high probability of wrongdoing, Ondas has and continues to directly infringe at least representative Ondas has infringed and continues to infringe at least representative claims 2, 3, 6, 8, 10, 11, 14, and 16 of the '696 Patent with willful blindness.

297.    Ondas' direct infringement of XiDrone's '696 Patent has been, and continues to be, willful, and deliberate conduct.  Accordingly, XiDrone seeks damages up to three times on account of Ondas' willful conduct pursuant to 35 U.S.C. § 284 and attorneys' fees on account of Ondas' actions rendering this an exceptional case pursuant to 35 U.S.C. § 285.

298.    XiDrone has and continues to suffer damages as a direct and proximate result of Ondas' direct infringement of XiDrone's '696 Patent, and XiDrone will suffer additional and irreparable damages unless the Court preliminarily and permanently enjoins Ondas from continuing its infringing activities.  XiDrone does not have an adequate remedy at law.

299.    XiDrone is entitled to recover: (i) damages adequate to compensate XiDrone for Ondas' direct infringement of XiDrone's '696 Patent, which at a minimum, amount to a reasonable royalty; (ii) treble damages; (iii) attorneys' fees; (iv) costs; and (v) an injunction.

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

## COUNT IV:

### INDIRECT INFRINGEMENT OF XIDRONE'S '696 PATENT

300.    XiDrone incorporates by reference the allegations in the preceding paragraphs.

301.    Ondas has known of the '696 Patent since no later than December 12, 2025. *See, e.g.*, Exhibit "K," December 12, 2025 Letter from XiDrone to Ondas.

302.    Ondas has known that its "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone infringes one or more claims of the '696 Patent since no later than April 7, 2026. *See, e.g.*, Exhibit "M," April 7, 2026 Letter from XiDrone to Ondas.

303.    Ondas' customers directly infringe one or more of the asserted representative claims of the '696 Patent by using and/or exporting Ondas' "Multi Layered Defense" system in a manner that infringes XiDrone's '696 Patent.

304    Ondas' customers include non-government companies, airports, energy related customers, law enforcement, prisons, and public venues.

305.    Ondas' customers also include defense, government, and commercial sectors.

306.    On information and belief, Ondas' customers also include foreign entities and foreign governments.

307.    Ondas has in the past and continues to indirectly infringe at least representative claims 2, 3, 6, 8, 10, 11, 14, and 16 of the '696 Patent in violation of 35 U.S.C. § 271(b) by actively, knowingly, and intentionally inducing direct infringement by other persons, including customers and end users, by encouraging and instructing their customers to use Ondas' "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation,

initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone, in a manner understood and intended to infringe XiDrone's '696 Patent.

308. For example, despite knowing of XiDrone's '696 Patent, and its direct infringement thereof; as shown above, Ondas instructs its customers to utilize Ondas' "Autonomous" "Multi Layered Defense" system (and/or components thereof) that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone in a manner understood and intended to infringe XiDrone's '696 Patent.

309. Ondas specifically intended and continues to intend that its customers, such as for example the NYPD and/or the FIFA World Cup, directly infringe the '696 patent by purchasing and using Ondas' system in an infringing manner.

310. Ondas' specific intent to infringe the '696 patent is further demonstrated by statements Ondas has and continues to make in its annual report(s) that recognize and admit that infringing someone else's patent, such as XiDrone's patents, is a risk and a cost of doing business that Ondas is willing to take. Ondas admits that it knowingly and intentionally assumes the risk of infringing "the intellectual property rights of others." *See, e.g.*, Exhibit "V," Ondas Inc.'s March 30, 3026 Form 10-K Annual Report at iv and 35.

311. Indeed, on information and belief, Ondas believes that it can use its size, strength, capital, and political power to knowingly and intentionally steal XiDrone's intellectual property, including the '696 patent, with little to no consequence.

312. Ondas' specific intent to induce its customers infringe the '696 patent is also demonstrated by the fact that Ondas has never raised a direct infringement non-infringement defense.

59

313.    Ondas' specific intent to induce its customers to infringe the '696 patent is also demonstrated by the inconsistent positions Ondas has taken about 35 U.S.C. § 101 and its subsidiary's published patent application." Exhibit "J," U.S. Patent Application Publication No. 2025/0291055 A1 at [0033].

314.    Ondas has in the past and continues to indirectly infringe at least representative claims 2, 3, 6, 8, 10, 11, 14, and 16 of the '696 Patent in violation of 35 U.S.C. § 271(c) by actively, knowingly, and intentionally contributing to an underlying direct infringement by other persons, such as Ondas' patrons, customers, and end users, by offering and providing Ondas' above-described technology for interdicting an unmanned aerial vehicle without authority or license from XiDrone and in a manner understood and intended to infringe XiDrone's '696 Patent. For example, despite knowing of XiDrone's '696 Patent, and its infringement thereof; as shown above, Ondas knows its "Autonomous" "Multi Layered Defense" system includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone each constitute (i) a component and material part of the inventions claimed in one or more claims of the '696 Patent; (ii) knowingly and especially designed for use in infringing one or more claims of the '696 Patent; (iii) intended to be used to infringe one or more claims of the '696 Patent; and (iv) not a staple item of commerce suitable for substantial non-infringing use.

315.    On information and belief, despite knowing of XiDrone's '696 Patent and its infringement of XiDrone's '696 Patent, Ondas deliberately avoided confirming its high probability of wrongdoing and Ondas has induced and contributed to, and continues to induce and contribute to, the direct infringement of at least representative claims 2, 3, 6, 8, 10, 11, 14, and 16 of the '696 Patent with willful blindness.

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

316. On information and belief, Ondas has a policy or practice of not reviewing the patents of others, including instructing its employees to not review the patents of others, including XiDrone, and thus Ondas has been willfully blind of XiDrone's patent rights.

317. Ondas' indirect infringement of XiDrone's '696 Patent has been, and continues to be, willful and deliberate. Accordingly, XiDrone seeks damages up to three times on account of Ondas' willful conduct pursuant to 35 U.S.C. § 284 and attorneys' fees on account of Ondas' actions rendering this an exceptional case pursuant to 35 U.S.C. § 285.

318. XiDrone has and continues to suffer damages as a direct and proximate result of Ondas' indirect infringement of XiDrone's '696 Patent and will suffer additional and irreparable damages unless the Court preliminarily and permanently enjoins Ondas from continuing its infringement. XiDrone does not have an adequate remedy at law.

319. XiDrone is entitled to recover: (i) damages adequate to compensate XiDrone for Ondas' indirect infringement of XiDrone's '696 Patent, which, at a minimum, amount to a reasonable royalty; (ii) treble damages; (iii) attorneys' fees; (iv) costs; and (v) an injunction.

## COUNT V:

### DIRECT INFRINGEMENT OF XIDRONE'S '010 PATENT

320. XiDrone incorporates by reference the allegations in the preceding paragraphs.

321. Ondas has made, used, offered for sale and/or sold the infringing products, systems, methods, and computer programs that incorporate one or more of the inventions claimed in XiDrone's '010 Patent within the United States.

322. Ondas makes, uses, offers for sale and/or has sold within the United States its "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone. *See, e.g.,* https://www.youtube.com/watch?v=HRNjgH1pBkY.

323.    Ondas has infringed and continues to infringe at least representative claims 6 and 7 of the '010 Patent, as detailed in Exhibit "P," including either literally or under the doctrine of equivalents, in connection with, for example, Ondas' above-described technology, products, systems, methods, and computer programs including Ondas' multi-layered system that comprises an electronic countermeasure and/or a counter unmanned aerial vehicle.

324.    XiDrone reserves the right to assert additional claims of the '010 patent against Ondas.

325.    A claim chart demonstrating Ondas' past and present infringement of United States Patent No. 10,795,010 is attached as Exhibit "P"

326.    The Ondas accused instrumentality includes at least one radio receiver configured to detect a radio frequency (RF) signature based on a radio signal communicated between an aerial target and a remote control device.

327.    The Ondas system detects an aerial target, such as a drone, by intercepting radio transmissions between the drone and the remote control device used by the pilot of that drone.

328.    For instance, SentryCS documentation explains that this Ondas radio frequency technology "focuses on the real-time detection of all types of transmitting drones" (Reference 25) and is involved in "detecting transmissions" (Reference 25).

329.    Further, SentryCS explains that their RF technology "analyzes the RF environment, identifying signal bursts that match the characteristics of datalinks emitted by drones" (Reference 25).

330.    As an additional feature, it is revealed that Ondas system "operators can configure the system to scan specific frequency bands" (Reference 25).

331.    As further evidence, an instructional video from SentryCS admits that their RF technology can "Detect...Track...Identify" "drone threats" (Reference 24, excerpted from approximately time base 0:06 through approximately time base 0:12).

COMPLAINT AND DEMAND FOR JURY TRIAL                CASE NO.: 2:26-CV-01116

332.    The Ondas accused instrumentality includes at least one radar configured to detect the target.

333.    An informational video from Ondas expressly illustrates the integration of radar, RF, and electro-optics via graphical elements labeled "Iron Drone Radar," "SentryCS," and "Insight," respectively (*see, e.g.*, Reference 23 from approximately time base 0:24 through approximately time base 0:27; Reference 23 from approximately time base 0:32 through approximately time base 0:34; Reference 23 from approximately time base 0:48 through approximately time base 0:54; Reference 23 from approximately time base 1:06 through approximately time base 1:08; Reference 23 from approximately time base 1:42 through approximately time base 1:47).

334.    As additional evidence, an Ondas document recites "Integrated with other DTI means such as radars...Sentrycs..." (excerpted from Reference 8).

335.    As further evidence of Ondas' integration of RF and radar, other Ondas documentation represents "When integrated with radar...Sentrycs creates operational synergies that improve threat detection accuracy" (excerpted from Reference 7).

336.    An instructional video from Ondas expressly illustrates a radar array detecting a drone (Reference 14 from approximately time base 0:26 through approximately time base 0:29; Reference 14 from approximately time base 0:33 through approximately time base 0:36).

337.    In addition, another video from Ondas also illustrates a radar array detecting a drone (Reference 15 from approximately time base 0:36 through approximately time base 0:38).

338.    Moreover, another informational video expressly illustrates a radar array detecting a drone (Reference 17 from approximately time base 0:26 through approximately time base 0:29; Reference 17 from approximately time base 0:33 through approximately time base 0:36).

339.    And yet another video from Ondas expressly illustrates a radar array detecting a drone (Reference 23 from approximately time base 1:04 through approximately time base 1:09).

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

340. The Ondas accused instrumentality includes at least one computer processor programmed to identify the target based on the detected RF signature.

341. The Ondas control computer or computers, plus any associated computing capability being employed by the RF technologies provided by SentryCS and the radar technologies provided by American Robotics necessarily includes one or more computer processors.

342. Alternatively, the "computer processor" exists in configurations where the Ondas software is being run on a distributed network, or in the cloud.

343. As only one illustrative example, consider video evidence of a woman wearing a headset and sitting in front of a bank of Ondas computers (see, *e.g.*, Reference 23 from approximately time base 0:29 through approximately time base 0:32). Each of these Ondas workstations includes one or more computer processors.

344. An informational video from SentryCS contains an illustration bearing a label reciting "Drone 104...DJI Mavic 2 P[ro]" (Reference 24, excerpted from approximately time base 0:25 through approximately time base 0:26) (clarifying material in square brackets added here).

345. Illustrations in this same SentryCS video also contain labels reciting "Drone 130" (Reference 24 from approximately time base 1:21 through approximately time base 1:26), and "Drone 131" (Reference 24 from approximately time base 1:02 through approximately time base 1:20).

346. Another graphic from this same SentryCS video recites "Model: Phantom x4...Build 0.943C" (Reference 24, excerpted from approximately time base 1:21 through approximately time base 1:26).

347. An illustration from a different Ondas video contains the label "F-450 Drone" (Reference 23 from approximately time base 0:36 through approximately time base 1:03).

348. Other documentation from SentryCS features a control panel with the indication "Blue Drone...DJI Inspire 2" (excerpted from Reference 10).

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

349.    Indeed, SentryCS documentation explains that their associated technology is "Providing user-level identification, including...drone vendor...drone type...serial number" (excerpted from Reference 5).

350.    SentryCS has been characterized as a leader in Cyber Over RF (CoRF) technology. And, in their own document on this subject, SentryCS writes "Cyber Over RF (CoRF) redefines the entire landscape...CoRF enables instant and simultaneous detection and identification...effectively making identification a built-in capability rather than a separate step" (excerpted from Reference 26, Page 2) (parenthetical insertion in the original).

351.    The Ondas accused instrumentality includes locating the target based on the radar detection.

352.    As evidence, an instructional video from Ondas shows a radar array locating a drone (Reference 14 from approximately time base 0:32 through approximately time base 0:34). In this video segment, notice the moving icon that shows the evolving location of the drone. Also notice the flashing red rectangle on the screen that includes the entry labeled "Location."

353.    In addition, another video from Ondas also shows a radar array locating a drone (Reference 15 from approximately time base 0:36 through approximately time base 0:38). In this video segment, notice the moving icon that shows the evolving location of the drone. Also notice the flashing red rectangle on the screen that includes the entry labeled "Location."

354.    Moreover, another informational video shows a radar array locating a drone (Reference 17 from approximately time base 0:32 through approximately time base 0:34). In this video segment, notice the moving icon that shows the evolving location of the drone. Also notice the flashing red rectangle on the screen that includes the entry labeled "Location."

355.    And yet another video from Ondas expressly illustrates a radar array locating a drone (Reference 23 from approximately time base 1:06 through approximately time base 1:08). In this video segment, notice the symbolic arrow extending from the item on the screen labeled

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

"radar" over to the subject drone.  Also notice the entries on the screen displaying the "Lat" and the "Long" location of the subject drone.

356.    The Ondas accused instrumentality includes determining if the target is an unmanned aerial system (UAS) based on at least one of target identification and/or target location.

357.    For instance, SentryCS documentation explains that this Ondas radio frequency technology "focuses on the real-time detection of all types of transmitting drones" (Reference 25).

358.    Further, SentryCS explains that their RF technology "analyzes the RF environment, identifying signal bursts that match the characteristics of datalinks emitted by drones" (Reference 25).

359.    As further evidence, an instructional video from SentryCS admits that their RF technology can "Detect...Track...Identify" "drone threats" (Reference 24, excerpted from approximately time base 0:06 through approximately time base 0:12).

360.    Indeed, not only can the accused instrumentality determine if the target is an unmanned aerial system (UAS), but it can also determine the exact type of unmanned aerial system.  For instance, please consider an informational video from SentryCS that contains an illustration bearing a label reciting "Drone 104...DJI Mavic 2 P[ro]" (Reference 24, excerpted from approximately time base 0:25 through approximately time base 0:26) (clarifying material in square brackets added here).

361.    Illustrations in this same SentryCS video also contain labels reciting "Drone 130" (Reference 24 from approximately time base 1:21 through approximately time base 1:26), and "Drone 131" (Reference 24 from approximately time base 1:02 through approximately time base 1:20).

362.    Another graphic from this same SentryCS video recites "Model: Phantom x4...Build 0.943C" (Reference 24, excerpted from approximately time base 1:21 through approximately time base 1:26).

363.    An illustration from a different Ondas video contains the label "F-450 Drone" (Reference 23 from approximately time base 0:36 through approximately time base 1:03).

364.    Other documentation from SentryCS features a control panel with the indication "Blue Drone...DJI Inspire 2" (excerpted from Reference 10).

365.    The Ondas accused instrumentality includes an electronic countermeasure (ECM) signal generator configured to transmit an ECM signal to disrupt communications between the UAS and the remote control device.

366.    For instance, an Ondas video reveals that one desired outcome of the application of the SentryCS technology against an unauthorized drone is "Threat Mitigated By Cyber" (Reference 23 from approximately time base 0:36 through approximately time base 1:03).

367.    When describing such capability, a document contends "A standout feature of the Sentrycs solution is the inclusion of cyber-RF technology that allows it to mitigate drone intrusions" (Reference 6).

368.    It has been represented that Sentrycs is a "global leader in Cyber-over-RF...and Protocol-Manipulation counter-UAS technology" (excerpted from Reference 11).    ECM technologies, including those performing the referenced protocol manipulation, involve sending ECM signals to the subject drone.

369.    Moreover, a video segment from SentryCS explains that the SentryCS technology "automatically pairs with the unauthorized drones to turn their original remote controls inoperative" (Reference 24 from approximately time base 1:14 through approximately time base 1:20).  Doing so involves sending ECM signals to the subject drone.

370.    As further evidence, a video segment from SentryCS shows the rogue pilot of an unauthorized drone having commands from his associated drone control box usurped by the Ondas technology (see, Reference 24 from approximately time base 1:02 through approximately time base 1:20).

371. Indeed, Ondas admits "the company has even more advanced cyber technology that can take control of the hostile drone and land it...said Eric Brock, CEO of Ondas" (excerpted from Reference 21). Mr. Brock goes on to say "We see the radio frequency and then we can...target that radio frequency and make that drone believe that we are the pilot...So we override the encryption and basically steal the drone" (excerpted from Reference 21).

372. It is common practice for drones to be piloted through a drone control box. Radio signals sent from the control box to the drone can be considered to be "uplink" radio signals. And radio signals sent from the drone to the control box can be considered to be "downlink" radio signals.

373. A video segment from SentryCS shows the rogue pilot of an unauthorized drone having commands from his associated drone control box usurped by the Ondas technology (see, Reference 24 from approximately time base 1:02 through approximately time base 1:20). Such usurping involves sending an ECM signal via an uplink from the ECM signal generator to the drone. In addition, such usurping includes confounding the "handshake" communications involving the uplink and the downlink exchanges with the drone.

374. Similarly, Ondas admits "the company has even more advanced cyber technology that can take control of the hostile drone and land it...said Eric Brock, CEO of Ondas" (excerpted from Reference 21). Mr. Brock goes on to say "We see the radio frequency and then we can...target that radio frequency and make that drone believe that we are the pilot...So we override the encryption and basically steal the drone" (excerpted from Reference 21). Mr. Brock's purported targeting of the requisite radio frequency includes sending an ECM signal via an uplink from the ECM signal generator to the drone. And, as explained above, the associated usurping includes confounding the "handshake" communications involving the uplink and the downlink exchanges with the drone.

375. As detailed in Exhibit "P," Ondas has and continues to directly infringe one or more claims of the '010 Patent, including at least representative Ondas has infringed and

68

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

continues to infringe at least representative claims 6 and 7 of the '010 Patent in violation of 35 U.S.C. § 271(a) by, without authority, making, using, offering for sale, and/or selling the infringing products, systems, methods, and computer programs within the United States and importing the infringing products, systems, methods, and computer programs into the United States.

376. Ondas' infringing activities have and continue to be without authority or license under the '010 Patent.

377. On information and belief, despite notice of the '010 Patent and its infringement of XiDrone's '010 Patent, Ondas deliberately avoided confirming its high probability of wrongdoing and Ondas has and continues to infringe XiDrone's '010 Patent.

378. On information and belief, Ondas has a policy and/or practice of not reviewing the patents of others, including instructing its employees to not review the patents of others, including XiDrone, and thus Ondas has been willfully blind of XiDrone's patent rights.

379. On information and belief, as Ondas deliberately avoided confirming Ondas' high probability of wrongdoing, Ondas has and continues to directly infringe at least representative Ondas has infringed and continues to infringe at least representative claims 6 and 7 of the '010 Patent with willful blindness.

380. Ondas' direct infringement of XiDrone's '010 Patent has been, and continues to be, willful, and deliberate conduct. Accordingly, XiDrone seeks damages up to three times on account of Ondas' willful conduct pursuant to 35 U.S.C. § 284 and attorneys' fees on account of Ondas' actions rendering this an exceptional case pursuant to 35 U.S.C. § 285.

381. XiDrone has and continues to suffer damages as a direct and proximate result of Ondas' direct infringement of XiDrone's '010 Patent, and XiDrone will suffer additional and irreparable damages unless the Court preliminarily and permanently enjoins Ondas from continuing its infringing activities. XiDrone does not have an adequate remedy at law.

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

382.   XiDrone is entitled to recover: (i) damages adequate to compensate XiDrone for Ondas' direct infringement of XiDrone's '010 Patent, which at a minimum, amount to a reasonable royalty; (ii) treble damages; (iii) attorneys' fees; (iv) costs; and (v) an injunction.

## COUNT VI:

### INDIRECT INFRINGEMENT OF XIDRONE'S '010 PATENT

383.   XiDrone incorporates by reference the allegations in the preceding paragraphs.

384.   Ondas has known of the '010 Patent since no later than December 12, 2025. *See, e.g.*, Exhibit "K," December 12, 2025 Letter from XiDrone to Ondas.

385.   Ondas has known that its "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone infringes one or more claims of the '010 Patent since no later than April 7, 2026. *See, e.g.*, Exhibit "M," April 7, 2026 Letter from XiDrone to Ondas.

386.   Ondas' customers directly infringe one or more of the asserted representative claims of the '010 Patent by using and/or exporting Ondas' "Multi Layered Defense" system in a manner that infringes XiDrone's '010 Patent.

387.   Ondas' customers include non-government companies, airports, energy related customers, law enforcement, prisons, and public venues.

388.   Ondas' customers also include defense, government, and commercial sectors.

389.   On information and belief, Ondas' customers also include foreign entities and foreign governments.

390.   Ondas has in the past and continues to indirectly infringe at least representative claims 6 and 7 of the '010 Patent in violation of 35 U.S.C. § 271(b) by actively, knowingly, and intentionally inducing direct infringement by other persons, including customers and end users,

70

by encouraging and instructing their customers to use Ondas' "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone, in a manner understood and intended to infringe XiDrone's '010 Patent.

391. For example, despite knowing of XiDrone's ' 010 Patent, and its direct infringement thereof; as shown above, Ondas instructs its customers to utilize Ondas' "Autonomous" "Multi Layered Defense" system (and/or components thereof) that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone in a manner understood and intended to infringe XiDrone's '010 Patent.

392. Ondas specifically intended and continues to intend that its customers, such as for example the NYPD and/or the FIFA World Cup, directly infringe the '010 patent by purchasing and using Ondas' system in an infringing manner.

393. Ondas' specific intent to infringe the '010 patent is further demonstrated by statements Ondas has and continues to make in its annual report(s) that recognize and admit that infringing someone else's patent, such as XiDrone's patents, is a risk and a cost of doing business that Ondas is willing to take. Ondas admits that it knowingly and intentionally assumes the risk of infringing "the intellectual property rights of others." *See, e.g.*, Exhibit "V," Ondas Inc.'s March 30, 3026 Form 10-K Annual Report at iv and 35.

394. Indeed, on information and belief, Ondas believes that it can use its size, strength, capital, and political power to knowingly and intentionally steal XiDrone's intellectual property, including the '010 patent, with little to no consequence.

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

395.    Ondas' specific intent to induce its customers infringe the '010 patent is also demonstrated by the fact that Ondas has never raised a direct infringement non-infringement defense.

396.    Ondas' specific intent to induce its customers to infringe the '010 patent is also demonstrated by the inconsistent positions Ondas has taken about 35 U.S.C. § 101 and its subsidiary's published patent application." Exhibit "J," U.S. Patent Application Publication No. 2025/0291055 A1 at [0033].

397.    Ondas has in the past and continues to indirectly infringe at least representative claims 6 and 7 of the '010 Patent in violation of 35 U.S.C. § 271(c) by actively, knowingly, and intentionally contributing to an underlying direct infringement by other persons, such as Ondas' patrons, customers, and end users, by offering and providing Ondas' above-described technology for interdicting an unmanned aerial vehicle without authority or license from XiDrone and in a manner understood and intended to infringe XiDrone's '010 Patent.  For example, despite knowing of XiDrone's '010 Patent, and its infringement thereof; as shown above, Ondas knows its "Autonomous" "Multi Layered Defense" system includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone each constitute (i) a component and material part of the inventions claimed in one or more claims of the '010 Patent; (ii) knowingly and especially designed for use in infringing one or more claims of the '010 Patent; (iii) intended to be used to infringe one or more claims of the '010 Patent; and (iv) not a staple item of commerce suitable for substantial non-infringing use.

398.    On information and belief, despite knowing of XiDrone's '010 Patent and its infringement of XiDrone's '010 Patent, Ondas deliberately avoided confirming its high probability of wrongdoing and Ondas has induced and contributed to, and continues to induce

and contribute to, the direct infringement of at least representative claims 6 and 7 of XiDrone's '010 Patent with willful blindness.

399. On information and belief, Ondas has a policy or practice of not reviewing the patents of others, including instructing its employees to not review the patents of others, including XiDrone, and thus Ondas has been willfully blind of XiDrone's patent rights.

400. Ondas' indirect infringement of XiDrone's '010 Patent has been, and continues to be, willful and deliberate. Accordingly, XiDrone seeks damages up to three times on account of Ondas' willful conduct pursuant to 35 U.S.C. § 284 and attorneys' fees on account of Ondas' actions rendering this an exceptional case pursuant to 35 U.S.C. § 285.

401. XiDrone has and continues to suffer damages as a direct and proximate result of Ondas' indirect infringement of XiDrone's '010 Patent and will suffer additional and irreparable damages unless the Court preliminarily and permanently enjoins Ondas from continuing its infringement. XiDrone does not have an adequate remedy at law.

402. XiDrone is entitled to recover: (i) damages adequate to compensate XiDrone for Ondas' indirect infringement of XiDrone's '010 Patent, which, at a minimum, amount to a reasonable royalty; (ii) treble damages; (iii) attorneys' fees; (iv) costs; and (v) an injunction.

## COUNT VII:

## DIRECT INFRINGEMENT OF XIDRONE'S '651 PATENT

403. XiDrone incorporates by reference the allegations in the preceding paragraphs.

404. Ondas has made, used, offered for sale and/or sold the infringing products, systems, methods, and computer programs that incorporate one or more of the inventions claimed in XiDrone's '651 Patent within the United States.

405. Ondas makes, uses, offers for sale and/or has sold within the United States its "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of

73

hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone. *See, e.g.,* https://www.youtube.com/watch?v=HRNjgH1pBkY.

406.    Ondas has infringed and continues to infringe at least representative claims 1, 3, 5, 6, 8, 13, 15, and 19 of the '651 Patent as detailed in Exhibit "Q," including either literally or under the doctrine of equivalents, in connection with, for example, Ondas' above-described technology, products, systems, methods, and computer programs including Ondas' multi-layered system that comprises an electronic countermeasure and/or a counter unmanned aerial vehicle.

407.    XiDrone reserves the right to assert additional claims of the '651 patent against Ondas.

408.    A claim chart demonstrating Ondas' past and present infringement of United States Patent No. 11,378,651 is attached as Exhibit "Q."

409.    The Ondas accused instrumentality includes at least one range sensor.

410.    It is well known in the art that radar, such as employed by Ondas in its Iron Drone Raider technology, constitutes a range sensor.

411.    For instance, an instructional video from Ondas shows a radar array locating a drone (Reference 14 from approximately time base 0:32 through approximately time base 0:34). In this video segment, notice the moving icon that shows the evolving location of the drone.  Also notice the flashing red rectangle on the screen that includes the entry labeled "Location".

412.    In addition, another video from Ondas also shows a radar array locating a drone (Reference 15 from approximately time base 0:36 through approximately time base 0:38).  In this video segment, notice the moving icon that shows the evolving location of the drone.  Also notice the flashing red rectangle on the screen that includes the entry labeled "Location".

413.    Moreover, another informational video shows a radar array locating a drone (Reference 17 from approximately time base 0:32 through approximately time base 0:34).  In this video segment, notice the moving icon that shows the evolving location of the drone.  Also notice the flashing red rectangle on the screen that includes the entry labeled "Location".

414.    And yet another video from Ondas expressly illustrates a radar array locating a drone (Reference 23 from approximately time base 1:06 through approximately time base 1:08). In this video segment, notice the symbolic arrow extending from the item on the screen labeled "radar" over to the subject drone.  Also notice the entries on the screen displaying the "Lat" and the "Long" location of the subject drone.

415.    The Ondas accused instrumentality includes at least one directional or omnidirectional sensor.  Such a sensor is configured to aid in the detection of a radio frequency (RF) signal communicated between an aerial target and a remote control device.

416.    The Ondas system detects an aerial target, such as a drone, by intercepting radio transmissions between the drone and the remote control device used by the pilot of that drone.

417.    Notice that in a number of the illustrations provided by Ondas, boxes of RF electronics populated with whip-type antennas are visible (*see, e.g.*, Reference 5; Reference 10; Reference 23 from approximately time base 0:14 through approximately time base 0:16; Reference 23 from approximately time base 0:48 through approximately time base 0:49; Reference 23 from approximately time base 0:55 through approximately time base 0:56; Reference 24 from approximately time base 0:20 through approximately time base 0:24; Reference 24 from approximately time base 0:52 through approximately time base 0:56; Reference 24 from approximately time base 1:37 through approximately time base 1:38).  Such whips are well known in the art to constitute omnidirectional RF antenna sensors, as recited in this claim element.

418.    The Ondas accused instrumentality includes at least one sensor fusion processor operatively coupled to the at least one range sensor and the at least one directional or omnidirectional sensor.

419.    The Ondas control computer or computers, plus any associated computing capability being employed by the RF technologies provided by SentryCS in concert with the radar technologies provided by American Robotics includes one or more sensor fusion processors.

75

420.    As only one illustrative example, consider video evidence of a woman wearing a headset and sitting in front of a bank of Ondas computers (see, Reference 23 from approximately time base 0:29 through approximately time base 0:32).  Each of these Ondas workstations includes one or more sensor fusion processors.

421.    As an alternative, the sensor fusion processor is also met in configurations where the Ondas software is run on a distributed network, or in the cloud.

422.    The Ondas accused instrumentality includes the sensor fusion processor configured to detect a target and determine direction and range of the target in response to the at least one range sensor and the at least one directional or omnidirectional sensor.

423.    During its January 16, 2026, Investor Day Teleconference, Mr. Brock stated that Ondas technology does sensor fusion. Slide number 25 from the Investor Day PowerPoint presentation also states that Ondas "fuses sensors, effectors, and data".

424.    Ondas confirms its Iron Drone Raider System can be "Integrated to any type of detection system..." (Reference 14, excerpted from approximately time base 0:27 through approximately time base 0:29).  As such, the advertised detection capability can include, for example, radar data plus RF sensor data.

425.    It is also notable that an Ondas venture named SentryCS employs and markets such RF sensor capability (see, *e.g.*, Reference 5; Reference 6; Reference 9; Reference 10; Reference 11).

426.    Indeed, an informational video from Ondas expressly illustrates radar and RF via graphical elements labeled "Iron Drone Radar" and "SentryCS," respectively (*see, e.g.*, Reference 23 from approximately time base 0:24 through approximately time base 0:27; Reference 23 from approximately time base 0:32 through approximately time base 0:34; Reference 23 from approximately time base 0:48 through approximately time base 0:54; Reference 23 from approximately time base 1:06 through approximately time base 1:08; Reference 23 from approximately time base 1:42 through approximately time base 1:47).

76

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

427.    Also consider an informational video by Ondas that shows a number of views of an Iron Drone Raider System computer control screen (*see, e.g.*, Reference 14, from approximately time base 0:26 through approximately time base 0:30; Reference 14, from approximately time base 0:32 through approximately time base 0:36; Reference 14, from approximately time base 0:56 through approximately time base 0:57; Reference 14, from approximately time base 1:18 through approximately time base 1:20).

428.    Moreover, this and a similar instructional video from Ondas show an Iron Drone computer control screen displaying the entries "Location" and "Speed" of a potentially hostile drone (*see, e.g.*, Reference 14, from approximately time base 0:42 through approximately time base 0:43; Reference 14, from approximately time base 1:17 through approximately time base 1:19; Reference 15, from approximately time base 0:36 through approximately time base 0:38).

429.    In such a scenario, the RF is used to identify the particular drone being tracked, while the radar is ascertaining the direction and the range to that potentially hostile drone.

430.    The Ondas accused instrumentality includes a system-operated counter unmanned aerial vehicle dispatchable by the system to intercept the detected target.  In particular, Ondas offers a product called the "Iron Drone Raider" system (see, *e.g.*, Reference 11; Reference 12; Reference 14; Reference 15; Reference 16; Reference 17).  An Iron Drone Raider System includes an aerial chase and intercept vehicle that can be used for mitigation of unauthorized drones.

431.    In some documentation Ondas calls their mitigation vehicle a "Raider Drone" (Reference 14, excerpted from approximately time base 0:33 through approximately time base 0:36).

432.    In other instances, Ondas refers to their mitigation vehicle as simply a "Raider" (Reference 14, excerpted from approximately time base 0:42 through approximately time base 0:47).

77

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

433.    In an informational video, Ondas states "This is Raider: Hyper fast autonomous interceptor" (Reference 14, excerpted from approximately time base 0:08 through approximately time base 0:12).

434.    In all cases, the Ondas Raider Drone is dispatched via an RF signal from the Iron Drone Raider System control computer to the Raider interceptor.

435.    For instance, Ondas explains that "When a target is detected a Raider Drone is launched to its estimated location" (Reference 14, excerpted from approximately time base 0:33 through approximately time base 0:36).  This launching involves a control signal that is wirelessly broadcast from the Iron Drone Raider System command and control processor to the Raider vehicle.

436.    As further evidence, Ondas documentation shows an Iron Drone Raider System control computer screen with a status block labeled "Launch" (Reference 14, excerpted from approximately time base 0:55 through approximately time base 0:57).

437.    The Ondas accused instrumentality includes the system-operated counter unmanned aerial vehicle configured to be guided by an RF control signal to aerially navigate to intercept the detected target based on autonomous navigation data supplied by the system.  For instance, Ondas explains that "When a target is detected a Raider Drone is launched to its estimated location" (Reference 14, excerpted from approximately time base 0:33 through approximately time base 0:36; Reference 17, excerpted from approximately time base 0:33 through approximately time base 0:36).  This launching involves a control signal that is wirelessly broadcast from the Iron Drone Raider System command and control processor to the Raider vehicle.

438.    As further evidence, Ondas documentation shows an Iron Drone Raider System control computer screen with a status block labeled "Launch" (Reference 14, excerpted from approximately time base 0:55 through approximately time base 0:57).

COMPLAINT AND DEMAND FOR JURY TRIAL                CASE NO.: 2:26-CV-01116

439. The wireless signal directing the launching of a Raider constitutes guiding at least a portion of the corresponding flight path based upon autonomous navigation data supplied by the Ondas system.

440. Moreover, in characterizing its intercept system, Ondas has stated "This is Raider: Hyper Fast Autonomous Interceptor" (Reference 14, excerpted from approximately time base 0:08 through approximately time base 0:12; Reference 17, excerpted from approximately time base 0:08 through approximately time base 0:12).

441. And, as additional evidence, Ondas represents that their technology is "enabling the Raider to operate autonomously at high speeds and with great responsiveness..." (excerpted from Reference 12).

442. As detailed in Exhibit "Q," Ondas has and continues to directly infringe one or more claims of the '651 Patent, including at least representative Ondas has infringed and continues to infringe at least representative claims 1, 3, 5, 6, 8, 13, 15, and 19 of the '651 Patent in violation of 35 U.S.C. § 271(a) by, without authority, making, using, offering for sale, and/or selling the infringing products, systems, methods, and computer programs within the United States and importing the infringing products, systems, methods, and computer programs into the United States.

443. Ondas' infringing activities have and continue to be without authority or license under the '651 Patent.

444. On information and belief, despite notice of the '651 Patent and its infringement of XiDrone's '651 Patent, Ondas deliberately avoided confirming its high probability of wrongdoing and Ondas has and continues to infringe XiDrone's '651 Patent.

445. On information and belief, Ondas has a policy and/or practice of not reviewing the patents of others, including instructing its employees to not review the patents of others, including XiDrone, and thus Ondas has been willfully blind of XiDrone's patent rights.

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

446.    On information and belief, as Ondas deliberately avoided confirming Ondas' high probability of wrongdoing, Ondas has and continues to directly infringe at least representative Ondas has infringed and continues to infringe at least representative claims 1, 3, 5, 6, 8, 13, 15, and 19 of the '651 Patent with willful blindness.

447.    Ondas' direct infringement of XiDrone's '651 Patent has been, and continues to be, willful, and deliberate conduct.  Accordingly, XiDrone seeks damages up to three times on account of Ondas' willful conduct pursuant to 35 U.S.C. § 284 and attorneys' fees on account of Ondas' actions rendering this an exceptional case pursuant to 35 U.S.C. § 285.

448.    XiDrone has and continues to suffer damages as a direct and proximate result of Ondas' direct infringement of XiDrone's '651 Patent, and XiDrone will suffer additional and irreparable damages unless the Court preliminarily and permanently enjoins Ondas from continuing its infringing activities.  XiDrone does not have an adequate remedy at law.

449.    XiDrone is entitled to recover: (i) damages adequate to compensate XiDrone for Ondas' direct infringement of XiDrone's '651 Patent, which at a minimum, amount to a reasonable royalty; (ii) treble damages; (iii) attorneys' fees; (iv) costs; and (v) an injunction.

## COUNT VIII:

## INDIRECT INFRINGEMENT OF XIDRONE'S '651 PATENT

450.    XiDrone incorporates by reference the allegations in the preceding paragraphs.

451.    Ondas has known of the '651 Patent since no later than December 12, 2025. *See, e.g.*, Exhibit "K," December 12, 2025 Letter from XiDrone to Ondas.

452.    Ondas has known that its "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone infringes one or more claims of the '651

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

Patent since no later than April 7, 2026. *See, e.g.*, Exhibit "M," April 7, 2026 Letter from XiDrone to Ondas.

453.    Ondas' customers directly infringe one or more of the asserted representative claims of the '651 Patent by using and/or exporting Ondas' "Multi Layered Defense" system in a manner that infringes XiDrone's '651 Patent.

454.    Ondas' customers include non-government companies, airports, energy related customers, law enforcement, prisons, and public venues.

455.    Ondas' customers also include defense, government, and commercial sectors.

456.    On information and belief, Ondas' customers also include foreign entities and foreign governments.

457.    Ondas has in the past and continues to indirectly infringe at least representative claims 1, 3, 5, 6, 8, 13, 15, and 19 of the '651 Patent in violation of 35 U.S.C. § 271(b) by actively, knowingly, and intentionally inducing direct infringement by other persons, including customers and end users, by encouraging and instructing their customers to use Ondas' "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone, in a manner understood and intended to infringe XiDrone's '651 Patent.

458.    For example, despite knowing of XiDrone's '651 Patent, and its direct infringement thereof; as shown above, Ondas instructs its customers to utilize Ondas' "Autonomous" "Multi Layered Defense" system (and/or components thereof) that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

deploys a net to capture a target drone in a manner understood and intended to infringe XiDrone's '651 Patent.

459.    Ondas specifically intended and continues to intend that its customers, such as for example the NYPD and/or the FIFA World Cup, directly infringe the '651 patent by purchasing and using Ondas' system in an infringing manner.

460.    Ondas' specific intent to infringe the '651 patent is further demonstrated by statements Ondas has and continues to make in its annual report(s) that recognize and admit that infringing someone else's patent, such as XiDrone's patents, is a risk and a cost of doing business that Ondas is willing to take.  Ondas admits that it knowingly and intentionally assumes the risk of infringing "the intellectual property rights of others." *See, e.g.*, Exhibit "V," Ondas Inc.'s March 30, 3026 Form 10-K Annual Report at iv and 35.

461.    Indeed, on information and belief, Ondas believes that it can use its size, strength, capital, and political power to knowingly and intentionally steal XiDrone's intellectual property, including the '651 patent, with little to no consequence.

462.    Ondas' specific intent to induce its customers infringe the '651 patent is also demonstrated by the fact that Ondas has never raised a direct infringement non-infringement defense.

463.    Ondas' specific intent to induce its customers to infringe the '651 patent is also demonstrated by the inconsistent positions Ondas has taken about 35 U.S.C. § 101 and its subsidiary's published patent application." Exhibit "J," U.S. Patent Application Publication No. 2025/0291055 A1 at [0033].

464.    Ondas has in the past and continues to indirectly infringe at least representative claims 1, 3, 5, 6, 8, 13, 15, and 19 of the '651 Patent in violation of 35 U.S.C. § 271(c) by actively, knowingly, and intentionally contributing to an underlying direct infringement by other persons, such as Ondas' patrons, customers, and end users, by offering and providing Ondas' above-described technology for interdicting an unmanned aerial vehicle without authority or license

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

from XiDrone and in a manner understood and intended to infringe XiDrone's '651 Patent. For example, despite knowing of XiDrone's '651 Patent, and its infringement thereof; as shown above, Ondas knows its "Autonomous" "Multi Layered Defense" system includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone each constitute (i) a component and material part of the inventions claimed in one or more claims of the '651 Patent; (ii) knowingly and especially designed for use in infringing one or more claims of the '651 Patent; (iii) intended to be used to infringe one or more claims of the '651 Patent; and (iv) not a staple item of commerce suitable for substantial non-infringing use.

465. On information and belief, despite knowing of XiDrone's '651 Patent and its infringement of XiDrone's '651 Patent, Ondas deliberately avoided confirming its high probability of wrongdoing and Ondas has induced and contributed to, and continues to induce and contribute to, the direct infringement of at least representative claims 1, 3, 5, 6, 8, 13, 15, and 19 of the '651 Patent with willful blindness.

466. On information and belief, Ondas has a policy or practice of not reviewing the patents of others, including instructing its employees to not review the patents of others, including XiDrone, and thus Ondas has been willfully blind of XiDrone's patent rights.

467. Ondas' indirect infringement of XiDrone's '651 Patent has been, and continues to be, willful and deliberate. Accordingly, XiDrone seeks damages up to three times on account of Ondas' willful conduct pursuant to 35 U.S.C. § 284 and attorneys' fees on account of Ondas' actions rendering this an exceptional case pursuant to 35 U.S.C. § 285.

468. XiDrone has and continues to suffer damages as a direct and proximate result of Ondas' indirect infringement of XiDrone's '651 Patent and will suffer additional and irreparable

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

damages unless the Court preliminarily and permanently enjoins Ondas from continuing its infringement. XiDrone does not have an adequate remedy at law.

469. XiDrone is entitled to recover: (i) damages adequate to compensate XiDrone for Ondas' indirect infringement of XiDrone's '651 Patent, which, at a minimum, amount to a reasonable royalty; (ii) treble damages; (iii) attorneys' fees; (iv) costs; and (v) an injunction.

**COUNT IX:**

**DIRECT INFRINGEMENT OF XIDRONE'S '535 PATENT**

470. XiDrone incorporates by reference the allegations in the preceding paragraphs.

471. Ondas has made, used, offered for sale and/or sold the infringing products, systems, methods, and computer programs that incorporate one or more of the inventions claimed in XiDrone's '535 Patent within the United States.

472. Ondas makes, uses, offers for sale and/or has sold within the United States its "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone. *See, e.g.,* https://www.youtube.com/watch?v=HRNjgH1pBkY.

473. Ondas has infringed and continues to infringe at least claims 1, 3, 4, 8, 13, and 19 of the '535 Patent as detailed in Exhibit "R," including either literally or under the doctrine of equivalents, in connection with, for example, Ondas' above-described technology, products, systems, methods, and computer programs including Ondas' multi-layered system that comprises an electronic countermeasure and/or a counter unmanned aerial vehicle.

474. XiDrone reserves the right to assert additional claims of the '535 patent against Ondas.

475. A claim chart demonstrating Ondas' past and present infringement of United States Patent No. 11,644,535 is attached as Exhibit "R."

84

476. The Ondas accused instrumentality includes at least one range sensor.

477. It is well known in the art that radar, such as employed by Ondas in its Iron Drone Raider technology, constitutes a range sensor.

478. For instance, an instructional video from Ondas shows a radar array locating a drone (Reference 14 from approximately time base 0:32 through approximately time base 0:34). In this video segment, notice the moving icon that shows the evolving location of the drone. Also notice the flashing red rectangle on the screen that includes the entry labeled "Location."

479. In addition, another video from Ondas also shows a radar array locating a drone (Reference 15 from approximately time base 0:36 through approximately time base 0:38). In this video segment, notice the moving icon that shows the evolving location of the drone. Also notice the flashing red rectangle on the screen that includes the entry labeled "Location."

480. Moreover, another informational video shows a radar array locating a drone (Reference 17 from approximately time base 0:32 through approximately time base 0:34). In this video segment, notice the moving icon that shows the evolving location of the drone. Also notice the flashing red rectangle on the screen that includes the entry labeled "Location."

481. And yet another video from Ondas expressly illustrates a radar array locating a drone (Reference 23 from approximately time base 1:06 through approximately time base 1:08). In this video segment, notice the symbolic arrow extending from the item on the screen labeled "radar" over to the subject drone. Also notice the entries on the screen displaying the "Lat" and the "Long" location of the subject drone.

482. The Ondas accused instrumentality includes at least one directional or omnidirectional sensor. Such a sensor is configured to aid in the detection of a radio frequency (RF) signal communicated between an aerial target and a remote control device.

483. The Ondas system detects an aerial target, such as a drone, by intercepting radio transmissions between the drone and the remote control device used by the pilot of that drone.

484. Notice that in a number of the illustrations provided by Ondas, boxes of RF electronics populated with whip-type antennas are visible (*see, e.g.*, Reference 5; Reference 10; Reference 23 from approximately time base 0:14 through approximately time base 0:16; Reference 23 from approximately time base 0:48 through approximately time base 0:49; Reference 23 from approximately time base 0:55 through approximately time base 0:56; Reference 24 from approximately time base 0:20 through approximately time base 0:24; Reference 24 from approximately time base 0:52 through approximately time base 0:56; Reference 24 from approximately time base 1:37 through approximately time base 1:38). Such whips are well known in the art to constitute omnidirectional RF antenna sensors, as recited in this claim element.

485. The Ondas accused instrumentality includes at least one processor operatively coupled to the at least one range sensor and the at least one directional or omnidirectional sensor.

486. The Ondas control computer or computers, plus any associated computing capability being employed by the RF technologies provided by SentryCS and the radar technologies provided by American Robotics, includes one or more processors.

487. As only one illustrative example, consider video evidence of a woman wearing a headset and sitting in front of a bank of Ondas computers (*see*, Reference 23 from approximately time base 0:29 through approximately time base 0:32). Each of these Ondas workstations includes one or more processors.

488. As an alternative, a processor exists in configurations where the Ondas software is being run on a distributed network, or in the cloud.

489. The Ondas accused instrumentality includes a method for interdicting an aerial target.

490. The Ondas accused instrumentality includes receiving radio frequency signals from the target.

86

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

491. In particular, the Ondas system detects an aerial target, such as a drone, by intercepting radio transmissions between the drone and the remote control device used by the pilot of that drone.

492. For instance, SentryCS documentation explains that this Ondas radio frequency technology "focuses on the real-time detection of all types of transmitting drones" (Reference 25) and is involved in "detecting transmissions" (Reference 25).

493. Further, SentryCS explains that their RF technology "analyzes the RF environment, identifying signal bursts that match the characteristics of datalinks emitted by drones" (Reference 25).

494. As an additional feature, it is revealed that Ondas system "operators can configure the system to scan specific frequency bands" (Reference 25).

495. As further evidence, an instructional video from SentryCS admits that their RF technology can "Detect...Track...Identify" "drone threats" (Reference 24, excerpted from approximately time base 0:06 through approximately time base 0:12).

496. The Ondas accused instrumentality includes determining, with the at least one processor, a signature corresponding to the radio frequency signals.

497. The Ondas system detects an aerial target, such as a drone, by intercepting radio transmissions between the drone and the remote control device used by the pilot of that drone, which is a signature.

498. For instance, SentryCS documentation explains that this Ondas radio frequency technology "focuses on the real-time detection of all types of transmitting drones" (Reference 25) and is involved in "detecting transmissions" (Reference 25).

499. Further, SentryCS explains that their RF technology "analyzes the RF environment, identifying signal bursts that match the characteristics of datalinks emitted by drones" (Reference 25).

COMPLAINT AND DEMAND FOR JURY TRIAL                              CASE NO.: 2:26-CV-01116

500.    As an additional feature, it is revealed that Ondas system "operators can configure the system to scan specific frequency bands" (Reference 25).

501.    As further evidence, an instructional video from SentryCS admits that their RF technology can "Detect...Track...Identify" "drone threats" (Reference 24, excerpted from approximately time base 0:06 through approximately time base 0:12).

502.    The Ondas accused instrumentality includes determining, with the at least one processor, direction and range of the target based on the at least one range sensor and the at least one directional or omnidirectional sensor.  For instance, recall from above that Ondas confirms that its Iron Drone Raider System can be "Integrated to any type of detection system..." (Reference 14, excerpted from approximately time base 0:27 through approximately time base 0:29).  As such, the advertised detection capability can include, for example, radar data and RF sensor data.

503.    It is also notable that an Ondas venture named SentryCS employs and markets such RF sensor capability (see, *e.g.*, Reference 5; Reference 6; Reference 9; Reference 10; Reference 11).

504.    Indeed, an informational video from Ondas expressly illustrates radar and RF via graphical elements labeled "Iron Drone Radar" and "SentryCS," respectively (*see, e.g.*, Reference 23 from approximately time base 0:24 through approximately time base 0:27; Reference 23 from approximately time base 0:32 through approximately time base 0:34; Reference 23 from approximately time base 0:48 through approximately time base 0:54; Reference 23 from approximately time base 1:06 through approximately time base 1:08; Reference 23 from approximately time base 1:42 through approximately time base 1:47).

505.    Consider an informational video by Ondas that shows a number of views of an Iron Drone Raider System computer control screen (*see, e.g.*, Reference 14, from approximately time base 0:26 through approximately time base 0:30; Reference 14, from approximately time base 0:32 through approximately time base 0:36; Reference 14, from approximately time base

88

0:56 through approximately time base 0:57; Reference 14, from approximately time base 1:18 through approximately time base 1:20).

506.    Moreover, this and a similar instructional video from Ondas show an Iron Drone computer control screen displaying the entries "Location" and "Speed" of a potentially hostile drone (*see, e.g.*, Reference 14, from approximately time base 0:42 through approximately time base 0:43; Reference 14, from approximately time base 1:17 through approximately time base 1:19; Reference 15, from approximately time base 0:36 through approximately time base 0:38).

507.    In such a scenario, the RF is used to identify the particular drone being tracked, while the radar is ascertaining the direction and the range to that potentially hostile drone.

508.    The Ondas accused instrumentality includes dispatching a system-operated counter unmanned aerial device vehicle to interdict the target while the target and the system-operated counter unmanned aerial device vehicle are both in the air.  In particular, Ondas offers a product called the "Iron Drone Raider" system (see, *e.g.*, Reference 11; Reference 12; Reference 14; Reference 15; Reference 16; Reference 17).  An Iron Drone Raider System includes an aerial chase and intercept vehicle that can be used for mitigation of unauthorized drones.

509.    In some documentation Ondas calls their mitigation vehicle a "Raider Drone" (Reference 14, excerpted from approximately time base 0:33 through approximately time base 0:36).

510.    In other instances Ondas refers to their mitigation vehicle as simply a "Raider" (Reference 14, excerpted from approximately time base 0:42 through approximately time base 0:47).

511.    In an informational video, Ondas states "This is Raider: Hyper fast autonomous interceptor" (Reference 14, excerpted from approximately time base 0:08 through approximately time base 0:12).

512.    In all cases, the Ondas Raider Drone is dispatched via an RF signal from the Iron Drone Raider System control computer to the Raider interceptor.

89

513.    For instance, Ondas explains that ""When a target is detected a Raider Drone is launched to its estimated location" (Reference 14, excerpted from approximately time base 0:33 through approximately time base 0:36). This launching involves a control signal that is wirelessly broadcast from the Iron Drone Raider System command and control processor to the Raider vehicle.

514.    As further evidence, Ondas documentation shows an Iron Drone Raider System control computer screen with a status block labeled "Launch" (Reference 14, excerpted from approximately time base 0:55 through approximately time base 0:57).

515.    The Ondas accused instrumentality includes transmitting an RF control signal that guides the system-operated counter unmanned aerial vehicle to aerially navigate towards the target based on navigation data supplied by the system. For instance, Ondas explains that "When a target is detected a Raider Drone is launched to its estimated location" (Reference 14, excerpted from approximately time base 0:33 through approximately time base 0:36). This launching involves a control signal that is wirelessly broadcast from the Iron Drone Raider System command and control processor to the Raider vehicle.

516.    As further evidence, Ondas documentation shows an Iron Drone Raider System control computer screen with a status block labeled "Launch" (Reference 14, excerpted from approximately time base 0:55 through approximately time base 0:57).

517.    A wireless signal directing the launching of a Raider constitutes directing at least a portion of the corresponding flight path.

518.    As an additional infringing modality offered by Ondas, an informational video from Ondas shows an Iron Drone Raider System screen reciting "System Is On A Mission...Ready...Raider-1...Control...Manual" (Reference 14, excerpted from approximately time base 0:41 through approximately time base 0:43; Reference 14, excerpted from approximately time base 0:48 through approximately time base 0:51). Manual Control includes

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

directing at least a portion of the flight path of the Raider toward the unmanned aerial target by an RF control signal.

519. Similarly, an informational video from Ondas shows an Iron Drone Raider System screen reciting "Abort Mission" (Reference 14, excerpted at approximately time base 0:49). This manual override Abort capability includes directing at least a portion of the flight path of the Raider toward the unmanned aerial target by an RF control signal.

520. As detailed in Exhibit "R," Ondas has and continues to directly infringe one or more claims of the '535 Patent, including at least representative claims 1, 3, 4, 8, 13, and 19 of the '535 Patent in violation of 35 U.S.C. § 271(a) by, without authority, making, using, offering for sale, and/or selling the infringing products, systems, methods, and computer programs within the United States and importing the infringing products, systems, methods, and computer programs into the United States.

521. Ondas' infringing activities have and continue to be without authority or license under the '535 Patent.

522. On information and belief, despite notice of the '535 Patent and its infringement of XiDrone's '535 Patent, Ondas deliberately avoided confirming its high probability of wrongdoing and Ondas has and continues to infringe XiDrone's '535 Patent.

523. On information and belief, Ondas has a policy and/or practice of not reviewing the patents of others, including instructing its employees to not review the patents of others, including XiDrone, and thus Ondas has been willfully blind of XiDrone's patent rights.

524. On information and belief, as Ondas deliberately avoided confirming Ondas' high probability of wrongdoing, Ondas has and continues to directly infringe at least representative claims 1, 3, 4, 8, 13, and 19 of the '535 Patent with willful blindness.

525. Ondas' direct infringement of XiDrone's '535 Patent has been, and continues to be, willful, and deliberate conduct. Accordingly, XiDrone seeks damages up to three times on

91

account of Ondas' willful conduct pursuant to 35 U.S.C. § 284 and attorneys' fees on account of Ondas' actions rendering this an exceptional case pursuant to 35 U.S.C. § 285.

526.    XiDrone has and continues to suffer damages as a direct and proximate result of Ondas' direct infringement of XiDrone's '535 Patent, and XiDrone will suffer additional and irreparable damages unless the Court preliminarily and permanently enjoins Ondas from continuing its infringing activities.  XiDrone does not have an adequate remedy at law.

527.    XiDrone is entitled to recover: (i) damages adequate to compensate XiDrone for Ondas' direct infringement of XiDrone's '535 Patent, which at a minimum, amount to a reasonable royalty; (ii) treble damages; (iii) attorneys' fees; (iv) costs; and (v) an injunction.

### COUNT X:

### INDIRECT INFRINGEMENT OF XIDRONE'S '535 PATENT

528.    XiDrone incorporates by reference the allegations in the preceding paragraphs.

529.    Ondas has known of the '535 Patent since no later than December 12, 2025.  *See, e.g.*, Exhibit "K," December 12, 2025 Letter from XiDrone to Ondas.

530.    Ondas has known that its "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone infringe one or more claims of the '535 Patent since no later than April 7, 2026.  *See, e.g.*, Exhibit "M," April 7, 2026 Letter from XiDrone to Ondas.

531.    Ondas' customers directly infringe one or more of the asserted representative claims of the '535 Patent by using and/or exporting Ondas' "Multi Layered Defense" system in a manner that infringes XiDrone's '535 Patent.

532.    Ondas' customers include non-government companies, airports, energy related customers, law enforcement, prisons, and public venues.

533. Ondas' customers also include defense, government, and commercial sectors.

534. On information and belief, Ondas' customers also include foreign entities and foreign governments.

535. Ondas has in the past and continues to indirectly infringe at least representative claims 1, 3, 4, 8, 13, and 19 of the '535 Patent in violation of 35 U.S.C. § 271(b) by actively, knowingly, and intentionally inducing direct infringement by other persons, including customers and end users, by encouraging and instructing their customers to use Ondas' "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone, in a manner understood and intended to infringe XiDrone's '535 Patent.

536. For example, despite knowing of XiDrone's '535 Patent, and its direct infringement thereof; as shown above, Ondas instructs its customers to utilize Ondas' "Autonomous" "Multi Layered Defense" system (and/or components thereof) that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone in a manner understood and intended to infringe XiDrone's '535 Patent.

537. Ondas specifically intended and continues to intend that its customers, such as for example the NYPD and/or the FIFA World Cup, directly infringe the '535 patent by purchasing and using Ondas' system in an infringing manner.

538. Ondas' specific intent to infringe the '535 patent is further demonstrated by statements Ondas has and continues to make in its annual report(s) that recognize and admit that infringing someone else's patent, such as XiDrone's patents, is a risk and a cost of doing business

that Ondas is willing to take. Ondas admits that it knowingly and intentionally assumes the risk of infringing "the intellectual property rights of others." *See, e.g.*, Exhibit "V," Ondas Inc.'s March 30, 3026 Form 10-K Annual Report at iv and 35.

539. Indeed, on information and belief, Ondas believes that it can use its size, strength, capital, and political power to knowingly and intentionally steal XiDrone's intellectual property, including the '535 patent, with little to no consequence.

540. Ondas' specific intent to induce its customers infringe the '535 patent is also demonstrated by the fact that Ondas has never raised a direct infringement non-infringement defense.

541. Ondas' specific intent to induce its customers to infringe the '535 patent is also demonstrated by the inconsistent positions Ondas has taken about 35 U.S.C. § 101 and its subsidiary's published patent application." Exhibit "J," U.S. Patent Application Publication No. 2025/0291055 A1 at [0033].

542. Ondas has in the past and continues to indirectly infringe at least representative claims 1, 3, 4, 8, 13, and 19 of the '535 Patent in violation of 35 U.S.C. § 271(c) by actively, knowingly, and intentionally contributing to an underlying direct infringement by other persons, such as Ondas' patrons, customers, and end users, by offering and providing Ondas' above-described technology for interdicting an unmanned aerial vehicle without authority or license from XiDrone and in a manner understood and intended to infringe XiDrone's '535 Patent. For example, despite knowing of XiDrone's '535 Patent, and its infringement thereof; as shown above, Ondas knows its "Autonomous" "Multi Layered Defense" system includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone each constitute (i) a component and material part of the inventions claimed in one or more claims of the '535 Patent; (ii) knowingly and especially designed for use in

94

infringing one or more claims of the '535 Patent; (iii) intended to be used to infringe one or more claims of the '535 Patent; and (iv) not a staple item of commerce suitable for substantial non-infringing use.

543.    On information and belief, despite knowing of XiDrone's '535 Patent and its infringement of XiDrone's '535 Patent, Ondas deliberately avoided confirming its high probability of wrongdoing and Ondas has induced and contributed to, and continues to induce and contribute to, the direct infringement of at least representative claims 1, 3, 4, 8, 13, and 19 of the '535 Patent with willful blindness.

544.    On information and belief, Ondas has a policy or practice of not reviewing the patents of others, including instructing its employees to not review the patents of others, including XiDrone, and thus Ondas has been willfully blind of XiDrone's patent rights.

545.    Ondas' indirect infringement of XiDrone's '535 Patent has been, and continues to be, willful and deliberate.  Accordingly, XiDrone seeks damages up to three times on account of Ondas' willful conduct pursuant to 35 U.S.C. § 284 and attorneys' fees on account of Ondas' actions rendering this an exceptional case pursuant to 35 U.S.C. § 285.

546.    XiDrone has and continues to suffer damages as a direct and proximate result of Ondas' indirect infringement of XiDrone's '535 Patent and will suffer additional and irreparable damages unless the Court preliminarily and permanently enjoins Ondas from continuing its infringement.  XiDrone does not have an adequate remedy at law.

547.    XiDrone is entitled to recover: (i) damages adequate to compensate XiDrone for Ondas' indirect infringement of XiDrone's '535 Patent, which, at a minimum, amount to a reasonable royalty; (ii) treble damages; (iii) attorneys' fees; (iv) costs; and (v) an injunction.

## COUNT XI:

## DIRECT INFRINGEMENT OF XIDRONE'S '756 PATENT

548.    XiDrone incorporates by reference the allegations in the preceding paragraphs.

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

549. Ondas has made, used, offered for sale and/or sold the infringing products, systems, methods, and computer programs that incorporate one or more of the inventions claimed in XiDrone's '756 Patent within the United States.

550. Ondas makes, uses, offers for sale and/or has sold within the United States its "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone. *See, e.g.,* https://www.youtube.com/watch?v=HRNjgH1pBkY.

551. Ondas has infringed and continues to infringe at least representative claims 11, 12, 13, 14, 16, 17, and 18 of XiDrone's '756 Patent as detailed in Exhibit "S," including either literally or under the doctrine of equivalents, in connection with, for example, Ondas' above-described technology, products, systems, methods, and computer programs including Ondas' multi-layered system that comprises an electronic countermeasure and/or a counter unmanned aerial vehicle.

552. XiDrone reserves the right to assert additional claims of the '756 patent against Ondas.

553. A claim chart demonstrating Ondas' past and present infringement of United States Patent No. 12,092,756 is attached as Exhibit "S."

554. The Ondas Iron Drone Raider System includes at least one radar.

555. For instance, an informational video by Ondas includes scenes showing at least one radar located on a mechanically rotating assembly (*see, e.g.*, Reference 14, from approximately time base 0:26 through approximately time base 0:29).

556. As further evidence, the phrase "Radar Connected" expressly appears on the Iron Drone Raider System control screen illustrated in an informational video (*see* Reference 14, from approximately time base 0:26 through approximately time base 0:29).

557.   The Ondas Iron Drone Raider System includes one or more processors coupled to the at least one radar, said one or more processors configured to determine direction and range to the unmanned aerial target in response to the at least one radar.

558.   An informational video by Ondas shows a number of views of an Iron Drone Raider System computer control screen (*see, e.g.*, Reference 14, from approximately time base 0:26 through approximately time base 0:30; Reference 14, from approximately time base 0:32 through approximately time base 0:36; Reference 14, from approximately time base 0:56 through approximately time base 0:57; Reference 14, from approximately time base 1:18 through approximately time base 1:20).

559.   This video-illustrated Iron Drone Raider control computer, plus any associated computing capability also being employed by the Iron Drone Raider System, necessarily includes one or more processors, as recited in this claim element.

560.   As an alternative, a "processors" exists in configurations where the Iron Drone Raider System software is being run on a distributed network, or in the cloud.

561.   It is well known in the art that radar is often used to determine the location of, and hence the direction to, certain aerial targets in flight.  It is also well known in the art that radar constitutes a range sensor.  Ondas instructional videos show an Iron Drone computer control screen displaying the entries "Location" and "Speed" of a potentially hostile drone (*see, e.g.*, Reference 14, from approximately time base 0:42 through approximately time base 0:43; Reference 14, from approximately time base 1:17 through approximately time base 1:19; Reference 15, from approximately time base 0:36 through approximately time base 0:38).

562.   The Ondas Iron Drone Raider System includes a counter unmanned aerial vehicle dispatched by a transmitted RF signal from the one or more processors to the counter unmanned aerial vehicle.

563.   In particular, Ondas offers a product called the "Iron Drone Raider" system (*see, e.g.*, Reference 11; Reference 12; Reference 14; Reference 15; Reference 16; Reference 17).

97

Ondas' Iron Drone Raider System includes an aerial chase and intercept vehicle that can be used for mitigation of unauthorized drones.

564.    Ondas calls its mitigation vehicle a "Raider Drone" (Reference 14, excerpted from approximately time base 0:33 through approximately time base 0:36).

565.    Ondas also refers to its mitigation vehicle as simply a "Raider" (Reference 14, excerpted from approximately time base 0:42 through approximately time base 0:47).

566.    Ondas states "This is Raider: Hyper fast autonomous interceptor" (Reference 14, excerpted from approximately time base 0:08 through approximately time base 0:12).

567.    In all cases, the Ondas Raider Drone is dispatched via an RF signal from the Iron Drone Raider System control computer to the Raider interceptor.

568.    For instance, Ondas explains that "When a target is detected a Raider Drone is launched to its estimated location" (Reference 14, excerpted from approximately time base 0:33 through approximately time base 0:36).  This launching involves a control signal that is wirelessly broadcast from the Iron Drone Raider System command and control processor to the Raider vehicle.

569.    As further evidence, Ondas documentation shows an Iron Drone Raider System control computer screen with a status block labeled "Launch" (Reference 14, excerpted from approximately time base 0:55 through approximately time base 0:57).

570.    As detailed in Exhibit "S," Ondas has and continues to directly infringe one or more claims of the '756 Patent, including at least representative claims 11, 12, 13, 14, 16, 17, and 18 of XiDrone's '756 Patent in violation of 35 U.S.C. § 271(a) by, without authority, making, using, offering for sale, and/or selling the infringing products, systems, methods, and computer programs within the United States and importing the infringing products, systems, methods, and computer programs into the United States.

571.    Ondas' infringing activities have and continue to be without authority or license under the '756 Patent.

COMPLAINT AND DEMAND FOR JURY TRIAL                                    CASE NO.: 2:26-CV-01116

572. On information and belief, despite notice of the '756 Patent and its infringement of XiDrone's '756 Patent, Ondas deliberately avoided confirming its high probability of wrongdoing and Ondas has and continues to infringe XiDrone's '756 Patent.

573. On information and belief, Ondas has a policy and/or practice of not reviewing the patents of others, including instructing its employees to not review the patents of others, including XiDrone, and thus Ondas has been willfully blind of XiDrone's patent rights.

574. On information and belief, as Ondas deliberately avoided confirming Ondas' high probability of wrongdoing, Ondas has and continues to directly infringe at least representative claims 11, 12, 13, 14, 16, 17, and 18 of XiDrone's '756 Patent with willful blindness.

575. Ondas' direct infringement of XiDrone's '756 Patent has been, and continues to be, willful, and deliberate conduct. Accordingly, XiDrone seeks damages up to three times on account of Ondas' willful conduct pursuant to 35 U.S.C. § 284 and attorneys' fees on account of Ondas' actions rendering this an exceptional case pursuant to 35 U.S.C. § 285.

576. XiDrone has and continues to suffer damages as a direct and proximate result of Ondas' direct infringement of XiDrone's '756 Patent, and XiDrone will suffer additional and irreparable damages unless the Court preliminarily and permanently enjoins Ondas from continuing its infringing activities. XiDrone does not have an adequate remedy at law.

577. XiDrone is entitled to recover: (i) damages adequate to compensate XiDrone for Ondas' direct infringement of XiDrone's '756 Patent, which at a minimum, amount to a reasonable royalty; (ii) treble damages; (iii) attorneys' fees; (iv) costs; and (v) an injunction.

## COUNT XII:

## INDIRECT INFRINGEMENT OF XIDRONE'S '756 PATENT

578. XiDrone incorporates by reference the allegations in the preceding paragraphs.

579. Ondas has known of the '756 Patent since no later than December 12, 2025. *See, e.g.*, Exhibit "K," December 12, 2025 Letter from XiDrone to Ondas.

99

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

580. Ondas has known that its "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone infringe one or more claims of the '756 Patent since no later than January 6, 2026. *See, e.g.*, Exhibit "L," January 6, 2026 Email from XiDrone to Ondas.

581. Ondas' customers directly infringe one or more of the asserted representative claims of the '756 Patent by using and/or exporting Ondas' "Multi Layered Defense" system in a manner that infringes XiDrone's '756 Patent.

582. Ondas' customers include non-government companies, airports, energy related customers, law enforcement, prisons, and public venues.

583. Ondas' customers also include defense, government, and commercial sectors.

584. On information and belief, Ondas' customers also include foreign entities and foreign governments.

585. Ondas has in the past and continues to indirectly infringe at least representative claims 11, 12, 13, 14, 16, 17, and 18 of XiDrone's '756 Patent in violation of 35 U.S.C. § 271(b) by actively, knowingly, and intentionally inducing direct infringement by other persons, including customers and end users, by encouraging and instructing their customers to use Ondas' "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone, in a manner understood and intended to infringe XiDrone's '756 Patent.

586. For example, despite knowing of XiDrone's '756 Patent, and its direct infringement thereof; as shown above, Ondas instructs its customers to utilize Ondas'

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

"Autonomous" "Multi Layered Defense" system (and/or components thereof) that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone in a manner understood and intended to infringe XiDrone's '756 Patent.

587.    Ondas specifically intended and continues to intend that its customers, such as for example the NYPD and/or the FIFA World Cup, directly infringe the '756 patent by purchasing and using Ondas' system in an infringing manner.

588.    Ondas' specific intent to infringe the '756 patent is further demonstrated by statements Ondas has and continues to make in its annual report(s) that recognize and admit that infringing someone else's patent, such as XiDrone's patents, is a risk and a cost of doing business that Ondas is willing to take.  Ondas admits that it knowingly and intentionally assumes the risk of infringing "the intellectual property rights of others." *See, e.g.*, Exhibit "V," Ondas Inc.'s March 30, 3026 Form 10-K Annual Report at iv and 35.

589.    Indeed, on information and belief, Ondas believes that it can use its size, strength, capital, and political power to knowingly and intentionally steal XiDrone's intellectual property, including the '756 patent, with little to no consequence.

590.    Ondas' specific intent to induce its customers infringe the '756 patent is also demonstrated by the fact that Ondas has never raised a direct infringement non-infringement defense.

591.    Ondas' specific intent to induce its customers to infringe the '756 patent is also demonstrated by the inconsistent positions Ondas has taken about 35 U.S.C. § 101 and its subsidiary's published patent application." Exhibit "J," U.S. Patent Application Publication No. 2025/0291055 A1 at [0033].

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

592. Ondas has in the past and continues to indirectly infringe at least representative claims 11, 12, 13, 14, 16, 17, and 18 of XiDrone's '756 Patent in violation of 35 U.S.C. § 271(c) by actively, knowingly, and intentionally contributing to an underlying direct infringement by other persons, such as Ondas' patrons, customers, and end users, by offering and providing Ondas' above-described technology for interdicting an unmanned aerial vehicle without authority or license from XiDrone and in a manner understood and intended to infringe XiDrone's '756 Patent. For example, despite knowing of XiDrone's '756 Patent, and its infringement thereof; as shown above, Ondas knows its "Autonomous" "Multi Layered Defense" system includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone each constitute (i) a component and material part of the inventions claimed in one or more claims of the '756 Patent; (ii) knowingly and especially designed for use in infringing one or more claims of the '756 Patent; (iii) intended to be used to infringe one or more claims of the '756 Patent; and (iv) not a staple item of commerce suitable for substantial non-infringing use.

593. On information and belief, despite knowing of XiDrone's '756 Patent and its infringement of XiDrone's '756 Patent, Ondas deliberately avoided confirming its high probability of wrongdoing and Ondas has induced and contributed to, and continues to induce and contribute to, the direct infringement of at least representative claims 11, 12, 13, 14, 16, 17, and 18 of XiDrone's '756 Patent with willful blindness.

594. On information and belief, Ondas has a policy or practice of not reviewing the patents of others, including instructing its employees to not review the patents of others, including XiDrone, and thus Ondas has been willfully blind of XiDrone's patent rights.

595. Ondas' indirect infringement of XiDrone's '756 Patent has been, and continues to be, willful and deliberate. Accordingly, XiDrone seeks damages up to three times on account of

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

Ondas' willful conduct pursuant to 35 U.S.C. § 284 and attorneys' fees on account of Ondas' actions rendering this an exceptional case pursuant to 35 U.S.C. § 285.

596.   XiDrone has and continues to suffer damages as a direct and proximate result of Ondas' indirect infringement of XiDrone's '756 Patent and will suffer additional and irreparable damages unless the Court preliminarily and permanently enjoins Ondas from continuing its infringement.  XiDrone does not have an adequate remedy at law.

597.   XiDrone is entitled to recover: (i) damages adequate to compensate XiDrone for Ondas' indirect infringement of XiDrone's '756 Patent, which, at a minimum, amount to a reasonable royalty; (ii) treble damages; (iii) attorneys' fees; (iv) costs; and (v) an injunction.

## COUNT XIII:

## DIRECT INFRINGEMENT OF XIDRONE'S '378 PATENT

598.   XiDrone incorporates by reference the allegations in the preceding paragraphs.

599.   Ondas has made, used, offered for sale and/or sold the infringing products, systems, methods, and computer programs that incorporate one or more of the inventions claimed in XiDrone's '378 Patent within the United States.

600.   Ondas makes, uses, offers for sale and/or has sold within the United States its "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone. *See, e.g.,* https://www.youtube.com/watch?v=HRNjgH1pBkY.

601.   Ondas has infringed and continues to infringe at least representative claim 1 of XiDrone's '378 Patent as detailed in Exhibit "T," including either literally or under the doctrine of equivalents, in connection with, for example, Ondas' above-described technology, products, systems, methods, and computer programs including Ondas' multi-layered system that comprises an electronic countermeasure and/or a counter unmanned aerial vehicle.

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

602.    XiDrone reserves the right to assert additional claims of the '378 patent against Ondas.

603.    A claim chart demonstrating Ondas' past and present infringement of United States Patent No. 12,298,378 is attached as Exhibit "T."

604.    Ondas' "Multi Layered Defense" system includes plural ground-based sensors configured to determine location and at least one characteristic of an unmanned aerial system (UAS) in flight.

605.    The Ondas accused instrumentality includes at least a radar.  An instructional video from Ondas expressly illustrates a radar array detecting and locating a drone (Reference 14 from approximately time base 0:26 through approximately time base 0:29; Reference 14 from approximately time base 0:33 through approximately time base 0:36).

606.    Another video from Ondas also illustrates a radar array detecting and locating a drone (Reference 15 from approximately time base 0:36 through approximately time base 0:38).

607.    Another informational video expressly illustrates a radar array detecting and locating a drone (Reference 17 from approximately time base 0:26 through approximately time base 0:29; Reference 17 from approximately time base 0:33 through approximately time base 0:36).

608.    Another video from Ondas expressly illustrates a radar array detecting and locating a drone (Reference 23 from approximately time base 1:04 through approximately time base 1:09).

609.    Ondas' "Multi Layered Defense" system includes an image sensor comprising at least one electro optic sensor and/or at least one infrared sensor.

610.    An informational video from Ondas that expressly illustrates the integration of radar, RF, and electro-optics via graphical elements labeled "Iron Drone Radar," "SentryCS," and "Insight," respectively (*see, e.g.*, Reference 23 from approximately time base 0:24 through approximately time base 0:27; Reference 23 from approximately time base 0:32 through approximately time base 0:34; Reference 23 from approximately time base 0:48 through

104

approximately time base 0:54; Reference 23 from approximately time base 1:06 through approximately time base 1:08; Reference 23 from approximately time base 1:42 through approximately time base 1:47).

611.    Ondas has told investors that Insight Intelligent Sensors "designs and manufactures...electro-optical systems" (excerpted from Reference 18).   In addition, Ondas explained that the Insight sensors perform "ultra-high-resolution edge processing to detect, classify, and track small drones" (Reference 18).   One result of the "classify" operation necessarily results in knowledge of at least one characteristic of the unmanned aerial system. And, Ondas has expressly advocated the integration of radar and electro-optics.

612.    An Ondas video shows an optical sensor in action and moving in a way as if to track a target.  A caption germane to the optical sensor in this part of the video recites "Target Tracking" (Reference 23 from approximately time base 0:44 through approximately time base 0:46).

613.    Ondas' "Multi Layered Defense" system includes at least one ground-based computer processor connected to the ground-based sensors and programmed to perform the claimed operations.

614.    Ondas' control computer or computers plus any associated computing capability being employed by the RF technologies and the radar technologies necessarily includes one or more computer processors.

615.    Each of the Ondas workstations shown in Reference 23 (from approximately time base 0:29 through approximately time base 0:32) includes one or more computer processors.

616.    Ondas' "Multi Layered Defense" system includes determining whether the UAS in flight is a threat that is in a vicinity of a property, place, event or person or is approaching the vicinity of the property, place, event or person.  Oftentimes, the recited property, place, event, or person occupies a physical location, and that location is protected by establishing a perimeter boundary into which no unauthorized drones are allowed to operate.

COMPLAINT AND DEMAND FOR JURY TRIAL                                      CASE NO.: 2:26-CV-01116

617. Ondas' "Multi Layered Defense" system performs "Detecting, tracking and identifying drones in the vicinity of the perimeter" (Reference 5).

618. Ondas documentation explains that "The Sentrycs Fixed Kit is designed to permanently protect the sky above static perimeters" (Reference 10).

619. A video from Ondas illustrates a potentially hostile drone represented by a red, arrow-shaped icon approaching an ensemble of concentric buffer zones surrounding a protected asset. These respective perimeters are labeled with distances "500," "1000," "1500," and "2000," respectively in the referenced video segment (Reference 14, from approximately time base 0:32 through approximately time base 0:36).

620. A different video from Ondas shows an orange-color, oblong-shaped perimeter around a protected area. This video segment also illustrates several potentially nefarious drones respectively approaching the vicinity of the protected asset (Reference 23, from approximately time base 0:32 through approximately time base 0:42).

621. Ondas' "Multi Layered Defense" system includes determining that the UAS in flight is a threat in or approaching the vicinity of a property, place, event or person, countering the UAS in flight by dispatching a counterdrone unmanned aerial system (UAS) having electronics, a motor and a navigation system, with autonomous navigation data supplied by the system, to counter the UAS in flight. In particular, Ondas offers a product called the "Iron Drone Raider" system (*see, e.g.*, Reference 11; Reference 12; Reference 14; Reference 15; Reference 16; Reference 17). An Iron Drone Raider System includes an aerial chase and intercept vehicle that can be used for mitigation of unauthorized drones.

622. Ondas calls its mitigation vehicle a "Raider Drone" (Reference 14, excerpted from approximately time base 0:33 through approximately time base 0:36).

623. Ondas also refers to its mitigation vehicle as simply a "Raider" (Reference 14, excerpted from approximately time base 0:42 through approximately time base 0:47).

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

624. Ondas states "This is Raider: Hyper Fast Autonomous Interceptor" (Reference 14, excerpted from approximately time base 0:08 through approximately time base 0:12).

625. The Ondas Raider Drone is initially dispatched via an RF signal from the Iron Drone Raider System control computer to the Raider interceptor.

626. Ondas shows an Iron Drone Raider System control computer screen with a status block labeled "Launch" (Reference 14, excerpted from approximately time base 0:55 through approximately time base 0:57).

627. Ondas explains that "When a target is detected a Raider Drone is launched to its estimated location" (Reference 14, excerpted from approximately time base 0:33 through approximately time base 0:36). This launching involves data that is wirelessly broadcast from the Iron Drone Raider System command and control processor to the Raider vehicle. Some of this data comprises initial navigation data, which then facilitates the Raider performing its autonomous interception mission.

628. Ondas' Raider Drone (a.k.a. Drone Raider, or Raider) weighs less than 55 pounds when on, or in the vicinity of, the Earth. *See* Ondas Holdings, "Iron Drone Raider Is At The Cutting Edge Of Autonomous Drone Defense," *Breaking Defense*, March 13, 2025

629. As detailed in Exhibit "T," Ondas has and continues to directly infringe one or more claims of the '378 Patent, including at least representative claim 1 of XiDrone's '378 Patent in violation of 35 U.S.C. § 271(a) by, without authority, making, using, offering for sale, and/or selling the infringing products, systems, methods, and computer programs within the United States and importing the infringing products, systems, methods, and computer programs into the United States.

630. Ondas' infringing activities have and continue to be without authority or license under the '378 Patent.

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

631. On information and belief, despite notice of the '378 Patent and its infringement of XiDrone's '378 Patent, Ondas deliberately avoided confirming its high probability of wrongdoing and Ondas has and continues to infringe XiDrone's '378 Patent.

632. On information and belief, Ondas has a policy and/or practice of not reviewing the patents of others, including instructing its employees to not review the patents of others, including XiDrone, and thus Ondas has been willfully blind of XiDrone's patent rights.

633. On information and belief, as Ondas deliberately avoided confirming Ondas' high probability of wrongdoing, Ondas has and continues to directly infringe at least representative claim 1 of XiDrone's '378 Patent with willful blindness.

634. Ondas' direct infringement of XiDrone's '378 Patent has been, and continues to be, willful, and deliberate conduct. Accordingly, XiDrone seeks damages up to three times on account of Ondas' willful conduct pursuant to 35 U.S.C. § 284 and attorneys' fees on account of Ondas' actions rendering this an exceptional case pursuant to 35 U.S.C. § 285.

635. XiDrone has and continues to suffer damages as a direct and proximate result of Ondas' direct infringement of XiDrone's '378 Patent, and XiDrone will suffer additional and irreparable damages unless the Court preliminarily and permanently enjoins Ondas from continuing its infringing activities. XiDrone does not have an adequate remedy at law.

636. XiDrone is entitled to recover: (i) damages adequate to compensate XiDrone for Ondas' direct infringement of XiDrone's '378 Patent, which at a minimum, amount to a reasonable royalty; (ii) treble damages; (iii) attorneys' fees; (iv) costs; and (v) an injunction.

## COUNT XIV:

### INDIRECT INFRINGEMENT OF XIDRONE'S '378 PATENT

637. XiDrone incorporates by reference the allegations in the preceding paragraphs.

638. Ondas has known of the '378 Patent since no later than December 12, 2025. *See, e.g.*, Exhibit "K," December 12, 2025 Letter from XiDrone to Ondas.

639.    Ondas has known that its "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone infringes one or more claims of the '378 Patent since no later than April 7, 2026. *See, e.g.*, Exhibit "M," April 7, 2026 Letter from XiDrone to Ondas.

640.    Ondas' customers directly infringe one or more of the asserted representative claims of the '378 Patent by using and/or exporting Ondas' "Multi Layered Defense" system in a manner that infringes XiDrone's '378 Patent.

641.    Ondas' customers include non-government companies, airports, energy related customers, law enforcement, prisons, and public venues.

642.    Ondas' customers also include defense, government, and commercial sectors.

643.    On information and belief, Ondas' customers also include foreign entities and foreign governments.

644.    Ondas has in the past and continues to indirectly infringe at least representative claim 1 of XiDrone's '378 Patent in violation of 35 U.S.C. § 271(b) by actively, knowingly, and intentionally inducing direct infringement by other persons, including customers and end users, by encouraging and instructing their customers to use Ondas' "Autonomous" "Multi Layered Defense" system that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone, in a manner understood and intended to infringe XiDrone's '378 Patent.

645.    For example, despite knowing of XiDrone's '378 Patent, and its direct infringement thereof; as shown above, Ondas instructs its customers to utilize Ondas'

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

"Autonomous" "Multi Layered Defense" system (and/or components thereof) that includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone in a manner understood and intended to infringe XiDrone's '378 Patent.

646. Ondas specifically intended and continues to intend that its customers, such as for example the NYPD and/or the FIFA World Cup, directly infringe the '378 patent by purchasing and using Ondas' system in an infringing manner.

647. Ondas' specific intent to infringe the '378 patent is further demonstrated by statements Ondas has and continues to make in its annual report(s) that recognize and admit that infringing someone else's patent, such as XiDrone's patents, is a risk and a cost of doing business that Ondas is willing to take. Ondas admits that it knowingly and intentionally assumes the risk of infringing "the intellectual property rights of others." *See, e.g.*, Exhibit "V," Ondas Inc.'s March 30, 3026 Form 10-K Annual Report at iv and 35.

648. Indeed, on information and belief, Ondas believes that it can use its size, strength, capital, and political power to knowingly and intentionally steal XiDrone's intellectual property, including the '378 patent, with little to no consequence.

649. Ondas' specific intent to induce its customers infringe the '378 patent is also demonstrated by the fact that Ondas has never raised a direct infringement non-infringement defense.

650. Ondas' specific intent to induce its customers to infringe the '378 patent is also demonstrated by the inconsistent positions Ondas has taken about 35 U.S.C. § 101 and its subsidiary's published patent application." Exhibit "J," U.S. Patent Application Publication No. 2025/0291055 A1 at [0033].

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

651. Ondas has in the past and continues to indirectly infringe at least representative claim 1 of XiDrone's '378 Patent in violation of 35 U.S.C. § 271(c) by actively, knowingly, and intentionally contributing to an underlying direct infringement by other persons, such as Ondas' patrons, customers, and end users, by offering and providing Ondas' above-described technology for interdicting an unmanned aerial vehicle without authority or license from XiDrone and in a manner understood and intended to infringe XiDrone's '378 Patent. For example, despite knowing of XiDrone's '378 Patent, and its infringement thereof; as shown above, Ondas knows its "Autonomous" "Multi Layered Defense" system includes radar, an RF receiver, a processor, threat identification, threat tracking, threat classification, target tracking, cyber mitigation, initiation of soft mitigation, redirecting to a landing spot, threat mitigation by cyber, initiation of hard mitigation, Iron Drone Radar, and a counter-drone that deploys a net to capture a target drone each constitute (i) a component and material part of the inventions claimed in one or more claims of the '378 Patent; (ii) knowingly and especially designed for use in infringing one or more claims of the '378 Patent; (iii) intended to be used to infringe one or more claims of the '378 Patent; and (iv) not a staple item of commerce suitable for substantial non-infringing use.

652. On information and belief, despite knowing of XiDrone's '378 Patent and its infringement of XiDrone's '378 Patent, Ondas deliberately avoided confirming its high probability of wrongdoing and Ondas has induced and contributed to, and continues to induce and contribute to, the direct infringement of at least representative claim 1 of XiDrone's '378 Patent with willful blindness.

653. On information and belief, Ondas has a policy or practice of not reviewing the patents of others, including instructing its employees to not review the patents of others, including XiDrone, and thus Ondas has been willfully blind of XiDrone's patent rights.

654. Ondas' indirect infringement of XiDrone's '378 Patent has been, and continues to be, willful and deliberate. Accordingly, XiDrone seeks damages up to three times on account of

111

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116

Ondas' willful conduct pursuant to 35 U.S.C. § 284 and attorneys' fees on account of Ondas' actions rendering this an exceptional case pursuant to 35 U.S.C. § 285.

655. XiDrone has and continues to suffer damages as a direct and proximate result of Ondas' indirect infringement of XiDrone's '378 Patent and will suffer additional and irreparable damages unless the Court preliminarily and permanently enjoins Ondas from continuing its infringement. XiDrone does not have an adequate remedy at law.

656. XiDrone is entitled to recover: (i) damages adequate to compensate XiDrone for Ondas' indirect infringement of XiDrone's '378 Patent, which, at a minimum, amount to a reasonable royalty; (ii) treble damages; (iii) attorneys' fees; (iv) costs; and (v) an injunction.

## JURY DEMAND

657. Pursuant to Federal Rule of Civil Procedure 38(b), XiDrone demands a trial by jury of all issues so triable.

## REQUEST FOR RELIEF

For the foregoing reasons, Plaintiff XiDrone Systems, Inc. seeks the following relief:

a. Declaring that Ondas has infringed one or more claims of one or more of the patents-in-suit, U.S. Patent No. 10,281,570, U.S. Patent No. 10,670,696, U.S. Patent No. 10,795,010, U.S. Patent No. 11,378,651, U.S. Patent No. 11,644,535, U.S. Patent No. 12,092,756, and U.S. Patent No. 12,298,378;

b. That Ondas be enjoined from further infringement of the patents-in-suit pursuant to 35 U.S.C. § 283;

c. That Ondas be ordered to pay damages adequate to compensate XiDrone for Ondas' infringement of the patents-in-suit pursuant to 35 U.S.C. § 284;

d. That Ondas be ordered to pay XiDrone treble damages pursuant to 35 U.S.C. § 284;

e. That Ondas be ordered to pay prejudgment interest pursuant to 35 U.S.C. § 284;

112

f.      That Ondas be ordered to pay all costs associated with this action pursuant to 35 U.S.C. § 284;

g.      That Ondas be ordered to pay XiDrone's attorneys' fees pursuant to 35 U.S.C. § 285;

h.      That XiDrone be granted such other and additional relief as the Court deems just and proper.

DATED: April 10, 2026.

*/s/ Nihat Deniz Bayramoglu*
Nihat Deniz Bayramoglu
(Nevada. Bar No. 14030)
BAYRAMOGLU LAW OFFICES LLC
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
Telephone: (702) 462-5973

Stephen R. Risley
(*Pro Hac Vice* Application Pending)
Georgia State Bar No. 606545
KENT & RISLEY LLC
*Attorneys for Plaintiff,*
*XiDrone Systems, Inc.*

113

COMPLAINT AND DEMAND FOR JURY TRIAL                    CASE NO.: 2:26-CV-01116