Nihat Deniz Bayramoglu, Esq. (Nevada. Bar No. 14030)
deniz@bayramoglu-legal.com
BAYRAMOGLU LAW OFFICES LLC
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
Telephone: (702) 462-5973 | Facsimile: (702) 553-3404

Stephen R. Risley, Esq. (*Pro Hac Vice*)
steverisley@kentrisley.com
KENT & RISLEY LLC
5755 North Point Parkway, Suite 57
Alpharetta, Georgia 30022
Telephone: (404) 585-2101
*Attorneys for Plaintiff, XiDrone Systems, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| XIDRONE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ONDAS INC. and ONDAS AUTONOMOUS SYSTEMS INC.<br><br>Defendants. | Case No.: 2:26-cv-01116<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIMETO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br><br>**Honorable Gloria M. Navarro** |

Plaintiff XiDrone Systems, Inc. ("Plaintiff"), by and through its counsel, Kent & Risley LLC and Bayramoglu Law Offices, LLC, hereby moves the Court for a thirty (30) day extension of time for Defendants, Ondas Inc. and Ondas Autonomous Systems Inc. to file a responsive pleading to the Complaint [Dkt. No. 1]. Defendant has reached out to Plaintiff to request an extension to allow Defendant to obtain counsel, to appear in this action through counsel and to file a responsive pleading.

UNOPPOSED MOTION FOR EXTENSION OF TIME                    Case No. 2:26-cv-01116
TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff filed its Complaint on April 1, 2026 [Dkt. No. 1]. The summons was returned executed on April 15, 2026 [Dkt. No. 5]. Plaintiff is seeking Defendant's new deadline to file a responsive pleading to the Complaint to be due on or before June 5, 2026.

The extension allows the Plaintiff and Defendants to explore the possibility of a resolution. Plaintiff and Defendant will not be prejudiced by this extension.

Therefore, Plaintiff respectfully request that the Court grant the extension until June 5, 2026, to file Defendants' responsive pleading to Plaintiff's Complaint.

Dated this 6th day of May 2026                    Respectfully submitted,


                                              /s/ Nihat Deniz Bayramoglu
                                              Nihat Deniz Bayramoglu
                                              (Nevada. Bar No. 14030)
                                              BAYRAMOGLU LAW OFFICES LLC
                                              1540 West Warm Springs Road, Suite 100
                                              Henderson, NV 89014
                                              Telephone: (702) 462-5973

                                              /s/ Stephen Risley
                                              Stephen Risley
                                              (*Pro Hac Vice*)
                                              KENT & RISLEY LLC
                                              *Attorneys for Plaintiff,*
                                              *XiDrone Systems, Inc.*


                              IT IS SO ORDERED:


                              _____
                              U.S. MAGISTRATE JUDGE

                              DATED: May 6, 2026

UNOPPOSED MOTION FOR EXTENSION OF TIME                    Case No. 2:26-cv-01116
TO RESPOND TO PLAINTIFF'S COMPLAINT