LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

NEIL MCNABNAY
*Pro Hac Vice application forthcoming*
LANCE E. WYATT, JR.
*Pro Hac Vice application forthcoming*
RODEEN TALEBI
*Pro Hac Vice application forthcoming*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone:   (214) 747-5070
mcnabnay@fr.com
wyatt@fr.com
talebi@fr.com
***Attorneys for Defendants Ondas Inc. and***
***Ondas Autonomous Systems, Inc.***

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| XIDRONE SYSTEMS, INC., | Case No.:   2:26-cv-01116-GMN-EJY |
| Plaintiffs, | **STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT** |
| vs. | **(Second Request)** |
| ONDAS INC.; ONDAS AUTONOMOUS SYSTEMS INC., | |
| Defendants. | |

Defendants  Ondas  Inc.  and  Ondas  Autonomous  Systems,  Inc.,  along  with  Plaintiff

XiDrone Systems, Inc., stipulate and agree to extend the deadline for Defendants to respond to

Plaintiff's Complaint, (ECF No. 1), by fourteen days.  The current deadline for Defendants to file a response to the Complaint is June 5, 2026.  The extended deadline will be June 19, 2026.  This stipulation, if granted, will be the second extension request regarding this deadline, following the Court's Order, (ECF No. 13).  This minimal extension arises in accord with District of Nevada Local Rule IA 6-1.  Good cause supports the extension based upon Defendants' counsel requiring additional time to review and respond to all 657 allegations (113 pages) of the Complaint.  This extension is sought in good faith and not for purposes of delay.

Dated:  June 4, 2026                                        Dated June 4, 2026

 _/s/ Lyssa S. Anderson_                                 _/s/ Stephen R. Risley_

**KAEMPFER CROWELL**                          **BAYRAMOGLU LAW OFFICES LLC**
LYSSA S. ANDERSON                              Nihat Deniz Bayramoglu
KRISTOPHER J. KALKOWSKI                   1540 West Warm Springs Road, Suite 100
1980 Festival Plaza Drive, Suite 650            Henderson, NV 89014
Las Vegas, Nevada  89135                        Telephone: (702) 462-5973

**FISH & RICHARDSON P.C.**                    **KENT & RISLEY LLC**
NEIL MCNABNAY, _Pro Hac Vice_            Stephen R. Risley
_application forthcoming_                          Georgia State Bar No. 606545
LANCE E. WYATT, JR., _Pro Hac Vice_      **Counsel for Plaintiff**
_application forthcoming_
RODEEN TALEBI, _Pro Hac Vice_
_application forthcoming_
**Attorneys for Defendants**

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: June 4, 2026